# Exhibit 12-B

A2

### First Alton Inc.
*450 Alton Rd. Ste 1603*
*Miami Beach, FL 33139 USA*

## INVOICE

**Date:** 7-23-2015

**Invoice Number:** 07231501

**Due Date:** 08/15/15

**FROM:** First Alton Inc.
450 Alton Rd #1603
Miami Beach, FL 33139 USA

**TO:** Acai Investments Limited
Craigmuir Chambers
Road Town, Tortola
VG 1110, British Virgin Islands

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| Consultancy Fees | USD 3,977,888.05 |

Please arrange for payment to be made to:

**Name: First Alton Inc.**
**Bank: Wells Fargo**
**Account:** ████0267
**SWIFT Code: WFBIUS6S**
**Bank Address:** Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

*R. Le*

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00008355