# Exhibit 10

# Ganymede Cayman Limited

Harneys Services (Cayman) Limited,
3rd Floor, Queensgate House,
113 South Church Street,
PO Box 10240,
Grand Cayman KY1-1002
Cayman Islands

Invoice Date      22nd January 2013

Invoice Number   00014

To               Sterling Alpha LLC 401(k) Profit Sharing Plan
                 John Doscas

Address          11 Sterling Lane,
                 Sands Point, NY 11050,
                 United States of America

Description

| Description | Amount Euro |
|---|---|
| Amount due under Tax Reclaim Advisory Services Agreement | € 203,872.00 |
| | |
| Total amount due in January 2013 | € 203,872.00 |

Contact            Raj Shah
Contact Telephone  00971 (0) 4 376 4200
Contact Email      Ganymede@ganymedecayman.com

Amount due on invoice date.

Payment details:
Bank details:

JPMORGAN CHASE BANK FRANKFURT           CHASDEFX
JPMORGAN CHASE BANK                     CHASGB2L
FURTHER CREDIT TO SOLO CAPITAL PARTNERS LLP
A/C #  ██████3630
IBAN GB08CHAS60924241243630

ELYSIUM-00001683