# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office entra reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002A6A01 | Stephania Paun | First Search Order - Premises | Floor | Desktop | E1YPC05 | Dell | Optiplex 7040 | 1B75D82 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 002A6A02 | Natalia Vereninova | First Search Order - Premises | Floor | Desktop | E1YPC06 | Dell | Optiplex 7040 | 6CFSD82 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| 002A6A03 | Unknown | First Search Order - Premises | Floor | Desktop | E1YPC06 | Dell | Optiplex 7040 | B975D82 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 002A6A04 | Utkal Tagiroa | First Search Order - Premises | Floor | Desktop | E1YPC04 | Dell | Optiplex 7040 | GH75D82 | Sandisk | SSD | 154934402095 | 240.00 | 2018/06/28 |
| 002A6A05 | Sandesh Dhomne | First Search Order - Premises | Floor | Desktop | E1YPC09 | Dell | Optiplex 7040 | GH75D82 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| 002A6A06 | Sandesh Dhomne | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Teta | ProductCode | 5D071335D249131T547 | 8.00 | 2018/06/28 |
| 002A6A07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | E1YPC01 | Dell | Optiplex 7040 | 6875D82 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 002A6A08 | Claudia | First Search Order - Premises | Floor | Laptop | E1YLPT03 | Asus | UX305L | EAN0C0771444J3H 12M | Seagate | ST500LM000-1EJ1 | W7B0TT6 | 500.00 | 2018/06/28 |
| 002A6A09 | Naghu (intern) | First Search Order - Premises | Floor | Desktop | EQU-MA02 | Apple | iMAC All in one | C02V269SGG7N | Apple | SSD | C02V269SGG7N | 2000.00 | 2018/06/28 |
| 002A6A10 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQU-MA05 | Apple | Macbook Pro | C02T1296GT6A | Apple | SSD | C02T01302NAHCGX18 | 2000.00 | 2018/06/28 |
| 002A6A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA7SBCNP | 1000.00 | 2018/06/28 |
| 002A6A12 | Odilbire Majelabe | First Search Order - Premises | Floor | Desktop | EQU-MA04 | Apple | iMAC All in one | C02QWXDC6G7N | Apple | SSD | SPRMH-AG565235 | 2000.00 | 2018/06/28 |
| 002A6A13 | Maria Lis | First Search Order - Premises | Floor | Desktop | E1YPC12 | Dell | Optiplex 7040 | H875D82 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| 002A6A14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC08 | Dell | Optiplex 7040 | 2H75D82 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 002A6A15 | Marit Fernandes | First Search Order - Premises | Center of floor | Desktop | E1YPC03 | Dell | Optiplex 7040 | BC75D82 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| 002A6A16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Laptop | EU1YB83 / ELY1PT22 | Apple | iPhone 7 Plus | C02V1243E8753A 12M | HGST | N/A | 500090306GG72PF | 1000.00 | 2018/06/28 |
| 002A6A17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A19 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC10 | Dell | Optiplex 7040 | 7D75D82 | Sandisk | SSD | 154608404269 | 16.00 | 2018/06/28 |
| 002A6A20 | Natalia Vereninova | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Kingston | DT53/ G2 | 98AF0AE18E09 | 2000.00 | 2018/06/28 |
| 002A6A21 | Puja Tiwari | First Search Order - Premises | Floor | Desktop | EQU-MA03 | Apple | iMAC All in one | C02QCR2G6G7N | Apple | SSD | SPRMH5AG8317810 | 4.70 | 2018/07/01 |
| 002A6A22 | Usha Shah | First Search Order - Premises | Floor | Desktop | E1YPC07 | Dell | Optiplex 7040 | 4B75D82 | Sandisk | SSD | 154773402403 | 240.00 | 2018/06/28 |
| 002A6A23 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | N/A | Imation | N/A | N/A | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| 002A6A24 | Wail Anwar | First Search Order - Premises | Floor | Desktop | E1YPC011 | Dell | Optiplex 7040 | 8G75D82 | Sandisk | SSD | 154976403825 | 240.00 | 2018/06/28 |
| 002A6A25 | Natalia Vereninova | First Search Order - Premises | Floor | Laptop | E1YLPT15 | Sony | VAIO / SVP1321A1CM | 54626038-6003061 / Service | Sandisk | SSD | 531YNADA028361 | 120.00 | 2018/06/28 |
| 002A6A26 | Sanjay Shah | First Search Order - Premises | Floor | Dropbox | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A27 | Unknown | First Search Order - Premises | Floor | Desktop | EQU-MAC1 | Apple | iMAC All in one | C02QW2UR6G7N | Apple | SSD | SPRMY4G873008 | 2000.00 | 2018/07/01, 2018/07/03 |
| 002A6A28 | Unknown | First Search Order - Premises | Storage Cab | Desktop | N/A | Hitachi | N/A | C07H71A80101 | Hitachi / Apple | HDD | 1226DD51HHZ1C | 500.00 | 2018/07/01 |
| 002A6A29 | Unknown | First Search Order - Premises | Storage Cab | Desktop | N/A | Seagate | N/A | T5SU85JP7D3D1 | Seagate | HDD | 0010FXSIRT | 1230FXSIRT | 2018/07/01 |
| 002A6A30 | Unknown | First Search Order - Premises | Storage Cab | DVD | N/A | Unknown | N/A | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| 002A6A31 | Unknown | First Search Order - Premises | Storage Cab | Laptop | E1YLPT02 | Asus | UX305L | EANOC0772103439 12M | Seagate | ST500LM000-1EJ | W760CW0C | 500.00 | 2018/07/01 |
| 002A6A32 | Natalia Vereninova | First Search Order / UN | Storage Cab | Laptop | E1YLPT08 | Asus | UX305L | C0XLC14580201E 12M | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| 002A6A33 | Unknown | First Search Order - Premises | - | Laptop | E1YLPT06 | Apple | Macbook Pro - A1707 | F3XC11550005A 12M | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 002A6A34 | Unknown | First Search Order - Premises | Floor | Office 365 | admin@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 002A6A35 | Sanjay Shah | First Search Order - Premises | - | Office 365 | asset@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 002A6A36 | Unknown | First Search Order - Premises | - | Office 365 | ceo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 002A6A37 | Sanjay Shah | First Search Order - Premises | - | Office 365 | ceo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| 002A6A38 | Unknown | First Search Order - Premises | - | Office 365 | cfo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| 002A6A39 | Sandesh Dhomne | First Search Order - Premises | - | Office 365 | consultant@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 002A6A40 | Usha Shah | First Search Order - Premises | - | Office 365 | director@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 002A6A41 | Rashmi / Nistha / Mahi | First Search Order - Premises | - | Office 365 | fd@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.00 | 2018/07/02 |
| 002A6A42 | Sanjay Shah | First Search Order - Premises | - | Office 365 | finance@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 002A6A43 | Unknown | First Search Order - Premises | - | Office 365 | IT@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| 002A6A43 | Unknown | First Search Order - Premises | - | Office 365 | HR@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1000.00 | 2018/07/02 |
| 002A6A43 | Stephania Paun / Uik | First Search Order - Premises | - | Office 365 | Legal@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| 002A6A43 | Unknown | First Search Order - Premises | - | Office 365 | od@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| 002A6A43 | Wail Anwar | First Search Order - Premises | Floor | Laptop | E1YLPT06 | Asus | UX305L | N/A | HGST | HDD | 50A0005SG5NTBK | 0.11 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.13 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.24 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area index reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D82A6A44 | Multiple | First Search Order - Premises | . | External HDD | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D82A6A44 | Unknown | First Search Order - Premises | . | External HDD | N/A | N/A | N/A | N/A | Western Digital My Passport Ultra | N/A | WXE1E5515CU5 | 1000.00 | 2018/08/14 |
| D82A6A45 | Unknown | First Search Order - Premises | . | External HDD | N/A | N/A | N/A | N/A | Western Digital My Passport Ultra | N/A | WXB1A75EZKU | 1000.00 | 2018/08/17 |
| D82A6A46 | Unknown | First Search Order - Premises | . | External HDD | N/A | N/A | N/A | N/A | Western Digital My Passport Ultra | N/A | WXE1E6S2KM7 | 3000.00 | 2018/07/17 (Failed) |
| D82A6A47 | Unknown | First Search Order - Premises | . | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Digital My Passport Ultra | N/A | WXD1E55CCP1E | 1000.00 | 2018/07/25 |
| D82A6A48 | Sanjay Shah | Remote Server Collection | . | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D82A6A48 | Mark Fernandes | Remote Server Collection | . | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D82A6A48 | Usha Shah | Remote Server Collection | . | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D82A6A48 | Sandesh Dhomme | Remote Server Collection | . | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D82A6A48 | Wali Anwar | Remote Server Collection | . | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D82A6A48 | Unknown_Admin | Remote Server Collection | . | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D82A6A48 | Unknown_Asset | Remote Server Collection | . | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D82A6A48 | Unknown_Catchall | Remote Server Collection | . | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D82A6A48 | Unknown_CFO | Remote Server Collection | . | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D82A6A48 | Unknown_Finance | Remote Server Collection | . | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D82A6A48 | Unknown_HR | Remote Server Collection | . | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D82A6A48 | Unknown_Legal | Remote Server Collection | . | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D82A6A48 | Unknown_QO | Remote Server Collection | . | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D82A6A49 | Sanjay Shah | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D82A6A49 | Mark Fernandes | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D82A6A49 | Usha Shah | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D82A6A49 | Sandesh Dhomme | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.42 | 2018/09/25 |
| D82A6A49 | Wali Anwar | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D82A6A49 | Unknown_Admin | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D82A6A49 | Unknown_Asset | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.07 | 2018/09/25 |
| D82A6A49 | Unknown_Catchall | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D82A6A49 | Unknown_CFO | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D82A6A49 | Unknown_Finance | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D82A6A49 | Unknown_HR | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.40 | 2018/09/25 |
| D82A6A49 | Unknown_Legal | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D82A6A49 | Unknown_QO | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D82A6B01 | Philip Purwar | Provided by Legal Counsel | . | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D82A6D02 | Multiple | First Search Order - Premises | . | Backup and BIOS Cloud data & VM content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D82A6V01 | Multiple | Remote Server Collection | . | DociCat DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D82A6V02 | Multiple | Remote Server Collection | . | VM Export (Elysium-DC.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D82A6V03 | Multiple | Remote Server Collection | . | Sage Server (ely-sagesvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D82A6V04 | Multiple | Remote Server Collection | . | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**