# Exhibit 18, Part 2

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | TDC | TDC A/S | BAS01 | DKK | 45.0000 | 4,593,205 | 1,322,765,595.00 | 05 November 2014 | 07 November 2014 | EUR 15.00 | EUR 15.00 |
| Buy | TDC | TDC A/S | BAS01 | DKK | 45.0000 | 12,400,793 | 1,322,765,595.00 | 05 November 2014 | 07 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | CHR | CHR HANSEN HOLDING A/S | BCL01 | DKK | 258.9000 | 2,155,410 | 1,355,113,409.10 | 27 November 2014 | 02 December 2014 | EUR 15.00 | EUR 15.00 |
| Sell | CHR | CHR HANSEN HOLDING A/S | BCL01 | DKK | 258.9000 | 923,299 | 1,355,113,409.10 | 27 November 2014 | 02 December 2014 | EUR 15.00 | EUR 15.00 |
| Sell | CHR | CHR HANSEN HOLDING A/S | BCL01 | DKK | 258.9000 | 2,155,410 | 1,355,113,409.10 | 27 November 2014 | 02 December 2014 | EUR 15.00 | EUR 15.00 |
| Sell | COLOB | COLOPLAST-B | BCL01 | DKK | 527.0000 | 1,058,891 | 5,262,875,487.00 | 04 December 2014 | 09 December 2014 | EUR 15.00 | EUR 15.00 |
| Sell | COLOB | COLOPLAST-B | BCL01 | DKK | 527.0000 | 1,058,891 | 5,262,875,487.00 | 04 December 2014 | 09 December 2014 | EUR 15.00 | EUR 15.00 |
| Sell | COLOB | COLOPLAST-B | BCL01 | DKK | 527.0000 | 1,058,891 | 5,262,875,487.00 | 04 December 2014 | 09 December 2014 | EUR 15.00 | EUR 15.00 |
| Sell | COLOB | COLOPLAST-B | BCL01 | DKK | 527.0000 | 1,058,891 | 5,262,875,487.00 | 04 December 2014 | 09 December 2014 | EUR 15.00 | EUR 15.00 |
| Sell | COLOB | COLOPLAST-B | BCL01 | DKK | 527.0000 | 1,058,891 | 5,262,875,487.00 | 04 December 2014 | 09 December 2014 | EUR 15.00 | EUR 15.00 |
| Sell | COLOB | COLOPLAST-B | BCL01 | DKK | 527.0000 | 456,462 | 5,262,875,487.00 | 04 December 2014 | 09 December 2014 | EUR 15.00 | EUR 15.00 |
| Sell | COLOB | COLOPLAST-B | BCL01 | DKK | 527.0000 | 1,058,891 | 5,262,875,487.00 | 04 December 2014 | 09 December 2014 | EUR 15.00 | EUR 15.00 |
| Sell | COLOB | COLOPLAST-B | BCL01 | DKK | 527.0000 | 1,058,891 | 5,262,875,487.00 | 04 December 2014 | 09 December 2014 | EUR 15.00 | EUR 15.00 |
| Sell | COLOB | COLOPLAST-B | BCL01 | DKK | 527.0000 | 1,058,891 | 5,262,875,487.00 | 04 December 2014 | 09 December 2014 | EUR 15.00 | EUR 15.00 |
| Sell | COLOB | COLOPLAST-B | BCL01 | DKK | 527.0000 | 1,058,891 | 5,262,875,487.00 | 04 December 2014 | 09 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | CHR | CHR HANSEN HOLDING A/S | BCL01 | DKK | 261.0000 | 553,663 | 702,500,031.00 | 15 December 2014 | 17 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | CHR | CHR HANSEN HOLDING A/S | BCL01 | DKK | 261.0000 | 2,137,908 | 702,500,031.00 | 15 December 2014 | 17 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | CHR | CHR HANSEN HOLDING A/S | BCL01 | DKK | 261.0000 | 2,138,067 | 663,605,028.00 | 16 December 2014 | 18 December 2014 | EUR 15.00 | EUR 15.00 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ
Page **8** of **15**

ELYSIUM-04657181

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | CHR | CHR HANSEN HOLDING A/S | BCL01 | DKK | 261.0000 | 404,481 | 663,605,028.00 | 16 December 2014 | 18 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | COLOB | COLOPLAST-B | BCL01 | DKK | 501.5000 | 1,112,733 | 5,008,220,221.50 | 17 December 2014 | 19 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | COLOB | COLOPLAST-B | BCL01 | DKK | 501.5000 | 1,112,733 | 5,008,220,221.50 | 17 December 2014 | 19 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | COLOB | COLOPLAST-B | BCL01 | DKK | 501.5000 | 1,112,733 | 5,008,220,221.50 | 17 December 2014 | 19 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | COLOB | COLOPLAST-B | BCL01 | DKK | 501.5000 | 1,112,733 | 5,008,220,221.50 | 17 December 2014 | 19 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | COLOB | COLOPLAST-B | BCL01 | DKK | 501.5000 | 1,112,733 | 5,008,220,221.50 | 17 December 2014 | 19 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | COLOB | COLOPLAST-B | BCL01 | DKK | 501.5000 | 1,112,733 | 5,008,220,221.50 | 17 December 2014 | 19 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | COLOB | COLOPLAST-B | BCL01 | DKK | 501.5000 | 1,112,733 | 5,008,220,221.50 | 17 December 2014 | 19 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | COLOB | COLOPLAST-B | BCL01 | DKK | 501.5000 | 1,084,617 | 5,008,220,221.50 | 17 December 2014 | 19 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | COLOB | COLOPLAST-B | BCL01 | DKK | 501.5000 | 1,112,733 | 5,008,220,221.50 | 17 December 2014 | 19 December 2014 | EUR 15.00 | EUR 15.00 |
| | | | | | | | | | **Total** | **EUR 435.00** | **EUR 435.00** |

## Forward

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | TDC | TDC A/S | LDW01 | DKK | 45.0100 | 3,415,873 | 153,748,443.73 | 05 November 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | TDC | TDC A/S | LDW01 | DKK | 45.0100 | 3,669,877 | 165,181,163.77 | 05 November 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | TDC | TDC A/S | LDW01 | DKK | 45.0100 | 3,169,872 | 142,675,938.72 | 05 November 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | TDC | TDC A/S | LDW01 | DKK | 45.0100 | 3,365,526 | 151,482,325.26 | 05 November 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | TDC | TDC A/S | LDW01 | DKK | 45.0100 | 2,803,027 | 126,164,245.27 | 05 November 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | TDC | TDC A/S | LDW01 | DKK | 45.0100 | 3,219,605 | 144,914,421.05 | 05 November 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM

Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

ELYSIUM-04657181

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | TDC | TDC A/S | LDW01 | DKK | 45.0100 | 2,848,717 | 128,220,752.17 | 05 November 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | TDC | TDC A/S | LDW01 | DKK | 45.0100 | 3,632,498 | 163,498,734.98 | 05 November 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | TDC | TDC A/S | LDW01 | DKK | 45.0100 | 3,269,796 | 147,173,517.96 | 05 November 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | CHR | CHR HANSEN HOLDING A/S | LDW01 | DKK | 256.4200 | 835,831 | 214,323,785.02 | 27 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | CHR | CHR HANSEN HOLDING A/S | LDW01 | DKK | 256.4200 | 808,508 | 207,317,621.36 | 27 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | CHR | CHR HANSEN HOLDING A/S | LDW01 | DKK | 256.4200 | 898,209 | 230,318,751.78 | 27 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | CHR | CHR HANSEN HOLDING A/S | LDW01 | DKK | 256.4200 | 917,284 | 235,209,963.28 | 27 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | CHR | CHR HANSEN HOLDING A/S | LDW01 | DKK | 256.4200 | 927,423 | 237,809,805.66 | 27 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | CHR | CHR HANSEN HOLDING A/S | LDW01 | DKK | 256.4200 | 846,864 | 217,152,866.88 | 27 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | COLOB | COLOPLAST-B | LDW01 | DKK | 522.0400 | 1,083,989 | 565,885,617.56 | 04 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | COLOB | COLOPLAST-B | LDW01 | DKK | 522.0400 | 950,518 | 496,208,416.72 | 04 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | COLOB | COLOPLAST-B | LDW01 | DKK | 522.0400 | 1,061,756 | 554,279,102.24 | 04 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | COLOB | COLOPLAST-B | LDW01 | DKK | 522.0400 | 1,029,306 | 537,338,904.24 | 04 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | COLOB | COLOPLAST-B | LDW01 | DKK | 522.0400 | 916,001 | 478,189,162.04 | 04 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | COLOB | COLOPLAST-B | LDW01 | DKK | 522.0400 | 1,051,671 | 549,014,328.84 | 04 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | COLOB | COLOPLAST-B | LDW01 | DKK | 522.0400 | 909,343 | 474,713,419.72 | 04 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | COLOB | COLOPLAST-B | LDW01 | DKK | 522.0400 | 928,526 | 484,727,713.04 | 04 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | COLOB | COLOPLAST-B | LDW01 | DKK | 522.0400 | 970,084 | 506,422,651.36 | 04 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ
Page **10** of **15**

ELYSIUM-04657181

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | COLOB | COLOPLAST-B | LDW01 | DKK | 522.0400 | 1,085,287 | 566,563,225.48 | 04 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | CHR | CHR HANSEN HOLDING A/S | LDW01 | DKK | 261.2200 | 846,864 | 221,217,814.08 | 15 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | CHR | CHR HANSEN HOLDING A/S | LDW01 | DKK | 261.2200 | 927,423 | 242,261,436.06 | 15 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | CHR | CHR HANSEN HOLDING A/S | LDW01 | DKK | 261.2200 | 917,284 | 239,612,926.48 | 15 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | CHR | CHR HANSEN HOLDING A/S | LDW01 | DKK | 261.2200 | 808,508 | 211,198,459.76 | 16 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | CHR | CHR HANSEN HOLDING A/S | LDW01 | DKK | 261.2200 | 835,831 | 218,335,773.82 | 16 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | CHR | CHR HANSEN HOLDING A/S | LDW01 | DKK | 261.2200 | 898,209 | 234,630,154.98 | 16 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | COLOB | COLOPLAST-B | LDW01 | DKK | 501.9100 | 909,343 | 456,408,345.13 | 17 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | COLOB | COLOPLAST-B | LDW01 | DKK | 501.9100 | 970,084 | 486,894,860.44 | 17 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | COLOB | COLOPLAST-B | LDW01 | DKK | 501.9100 | 1,085,287 | 544,716,398.17 | 17 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | COLOB | COLOPLAST-B | LDW01 | DKK | 501.9100 | 928,526 | 466,036,484.66 | 17 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | COLOB | COLOPLAST-B | LDW01 | DKK | 501.9100 | 1,051,671 | 527,844,191.61 | 17 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | COLOB | COLOPLAST-B | LDW01 | DKK | 501.9100 | 1,083,989 | 544,064,918.99 | 17 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | COLOB | COLOPLAST-B | LDW01 | DKK | 501.9100 | 950,518 | 477,074,489.38 | 17 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | COLOB | COLOPLAST-B | LDW01 | DKK | 501.9100 | 1,061,756 | 532,905,953.96 | 17 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | COLOB | COLOPLAST-B | LDW01 | DKK | 501.9100 | 1,029,306 | 516,618,974.46 | 17 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | COLOB | COLOPLAST-B | LDW01 | DKK | 501.9100 | 916,001 | 459,750,061.91 | 17 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| | | | | | | | | | Total | EUR 123,000.00 | EUR 123,000.00 |

Stock Loan

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

ELYSIUM-04657181

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Return | TDC | TDC A/S | ESE01 | DKK | 45.0000 | 3,632,498 | 163,462,410.00 | 05 November 2014 | 07 November 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | TDC | TDC A/S | ESE01 | DKK | 45.0000 | 3,365,526 | 151,448,670.00 | 05 November 2014 | 07 November 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | TDC | TDC A/S | ESE01 | DKK | 45.0000 | 3,415,873 | 153,714,285.00 | 05 November 2014 | 07 November 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | TDC | TDC A/S | ESE01 | DKK | 45.0000 | 2,848,717 | 128,192,265.00 | 05 November 2014 | 07 November 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | TDC | TDC A/S | ESE01 | DKK | 45.0000 | 3,269,796 | 147,140,820.00 | 05 November 2014 | 07 November 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | TDC | TDC A/S | ESE01 | DKK | 45.0000 | 2,803,027 | 126,136,215.00 | 05 November 2014 | 07 November 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | TDC | TDC A/S | ESE01 | DKK | 45.0000 | 3,169,872 | 142,644,240.00 | 05 November 2014 | 07 November 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | TDC | TDC A/S | ESE01 | DKK | 45.0000 | 3,669,877 | 165,144,465.00 | 05 November 2014 | 07 November 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | TDC | TDC A/S | ESE01 | DKK | 45.0000 | 3,219,605 | 144,882,225.00 | 05 November 2014 | 07 November 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Borrow | CHR | CHR HANSEN HOLDING A/S | ESE01 | DKK | 258.9000 | 808,508 | 209,322,721.20 | 01 December 2014 | 03 December 2014 | Fee Rate = 45.67, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | CHR | CHR HANSEN HOLDING A/S | ESE01 | DKK | 258.9000 | 835,831 | 216,396,645.90 | 01 December 2014 | 03 December 2014 | Fee Rate = 45.67, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | CHR | CHR HANSEN HOLDING A/S | ESE01 | DKK | 258.9000 | 927,423 | 240,109,814.70 | 01 December 2014 | 03 December 2014 | Fee Rate = 45.67, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ
Page 12 of 15

ELYSIUM-04657181

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrow | CHR | CHR HANSEN HOLDING A/S | ESE01 | DKK | 258.9000 | 917,284 | 237,484,827.60 | 01 December 2014 | 03 December 2014 | Fee Rate = 45.67, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | CHR | CHR HANSEN HOLDING A/S | ESE01 | DKK | 258.9000 | 898,209 | 232,546,310.10 | 01 December 2014 | 03 December 2014 | Fee Rate = 45.67, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | CHR | CHR HANSEN HOLDING A/S | ESE01 | DKK | 258.9000 | 846,864 | 219,253,089.60 | 01 December 2014 | 03 December 2014 | Fee Rate = 45.67, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | COLOB | COLOPLAST-B | ESE01 | DKK | 527.0000 | 950,518 | 500,922,986.00 | 08 December 2014 | 09 December 2014 | Fee Rate = 46.47, Interest rate = 70.00, Fixed | fixed | EUR 500.00 | EUR 500.00 |
| Borrow | COLOB | COLOPLAST-B | ESE01 | DKK | 527.0000 | 1,085,287 | 571,946,249.00 | 08 December 2014 | 09 December 2014 | Fee Rate = 46.47, Interest rate = 70.00, Fixed | fixed | EUR 500.00 | EUR 500.00 |
| Borrow | COLOB | COLOPLAST-B | ESE01 | DKK | 527.0000 | 1,083,989 | 571,262,203.00 | 08 December 2014 | 09 December 2014 | Fee Rate = 46.47, Interest rate = 70.00, Fixed | fixed | EUR 500.00 | EUR 500.00 |
| Borrow | COLOB | COLOPLAST-B | ESE01 | DKK | 527.0000 | 909,343 | 479,223,761.00 | 08 December 2014 | 09 December 2014 | Fee Rate = 46.47, Interest rate = 70.00, Fixed | fixed | EUR 500.00 | EUR 500.00 |
| Borrow | COLOB | COLOPLAST-B | ESE01 | DKK | 527.0000 | 970,084 | 511,234,268.00 | 08 December 2014 | 09 December 2014 | Fee Rate = 46.47, Interest rate = 70.00, Fixed | fixed | EUR 500.00 | EUR 500.00 |
| Borrow | COLOB | COLOPLAST-B | ESE01 | DKK | 527.0000 | 1,061,756 | 559,545,412.00 | 08 December 2014 | 09 December 2014 | Fee Rate = 46.47, Interest rate = 70.00, Fixed | fixed | EUR 500.00 | EUR 500.00 |
| Borrow | COLOB | COLOPLAST-B | ESE01 | DKK | 527.0000 | 916,001 | 482,732,527.00 | 08 December 2014 | 09 December 2014 | Fee Rate = 46.47, Interest rate = 70.00, Fixed | fixed | EUR 500.00 | EUR 500.00 |
| Borrow | COLOB | COLOPLAST-B | ESE01 | DKK | 527.0000 | 1,029,306 | 542,444,262.00 | 08 December 2014 | 09 December 2014 | Fee Rate = 46.47, Interest rate = 70.00, Fixed | fixed | EUR 500.00 | EUR 500.00 |
| Borrow | COLOB | COLOPLAST-B | ESE01 | DKK | 527.0000 | 928,526 | 489,333,202.00 | 08 December 2014 | 09 December 2014 | Fee Rate = 46.47, Interest rate = 70.00, Fixed | fixed | EUR 500.00 | EUR 500.00 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ
Page **13** of **15**

ELYSIUM-04657181

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrow | COLOB | COLOPLAST-B | ESE01 | DKK | 527.0000 | 1,051,671 | 554,230,617.00 | 08 December 2014 | 09 December 2014 | Fee Rate = 46.47, Interest rate = 70.00, Fixed | fixed | EUR 500.00 | EUR 500.00 |
| Return | CHR | CHR HANSEN HOLDING A/S | ESE01 | DKK | 261.0000 | 927,423 | 242,057,403.00 | 15 December 2014 | 17 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | CHR | CHR HANSEN HOLDING A/S | ESE01 | DKK | 261.0000 | 846,864 | 221,031,504.00 | 15 December 2014 | 17 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | CHR | CHR HANSEN HOLDING A/S | ESE01 | DKK | 261.0000 | 917,284 | 239,411,124.00 | 15 December 2014 | 17 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | CHR | CHR HANSEN HOLDING A/S | ESE01 | DKK | 261.0000 | 898,209 | 234,432,549.00 | 16 December 2014 | 18 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | CHR | CHR HANSEN HOLDING A/S | ESE01 | DKK | 261.0000 | 808,508 | 211,020,588.00 | 16 December 2014 | 18 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | CHR | CHR HANSEN HOLDING A/S | ESE01 | DKK | 261.0000 | 835,831 | 218,151,891.00 | 16 December 2014 | 18 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | COLOB | COLOPLAST-B | ESE01 | DKK | 501.5000 | 970,084 | 486,497,126.00 | 17 December 2014 | 19 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | COLOB | COLOPLAST-B | ESE01 | DKK | 501.5000 | 1,029,306 | 516,196,959.00 | 17 December 2014 | 19 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | COLOB | COLOPLAST-B | ESE01 | DKK | 501.5000 | 909,343 | 456,035,514.50 | 17 December 2014 | 19 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | COLOB | COLOPLAST-B | ESE01 | DKK | 501.5000 | 928,526 | 465,655,789.00 | 17 December 2014 | 19 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | COLOB | COLOPLAST-B | ESE01 | DKK | 501.5000 | 916,001 | 459,374,501.50 | 17 December 2014 | 19 December 2014 | | No text | EUR 500.00 | EUR 500.00 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188   F: +44 (0)20 7493 3576   W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

ELYSIUM-04657181

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Return | COLOB | COLOPLAST-B | ESE01 | DKK | 501.5000 | 1,085,287 | 544,271,430.50 | 17 December 2014 | 19 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | COLOB | COLOPLAST-B | ESE01 | DKK | 501.5000 | 1,061,756 | 532,470,634.00 | 17 December 2014 | 19 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | COLOB | COLOPLAST-B | ESE01 | DKK | 501.5000 | 950,518 | 476,684,777.00 | 17 December 2014 | 19 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | COLOB | COLOPLAST-B | ESE01 | DKK | 501.5000 | 1,083,989 | 543,620,483.50 | 17 December 2014 | 19 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | COLOB | COLOPLAST-B | ESE01 | DKK | 501.5000 | 1,051,671 | 527,413,006.50 | 17 December 2014 | 19 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| | | | | | | | | | | | Total | EUR 20,500.00 | EUR 20,500.00 |

**Grand Total    EUR 205,200.00**

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188   F: +44 (0)20 7493 3576   W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ
Page **15** of **15**

ELYSIUM-04657181