# Exhibit 21

**Arnold & Porter Kaye Scholer LLP**

**Bill and Payment Summary**

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | - |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | - |
| | 2632796 | 5/4/2010 | - | - | $268.55 | ($268.55) | 5/4/2010 | - | - |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | - |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | - |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | - |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | - |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | - |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | - |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | - |
| | 2679893 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | - |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | - |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | - |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | - |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | - |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | - |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | - |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | - |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | - |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | - |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | - |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | - |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | - |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | - |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | - |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | - |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | - |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | - |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | - |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | - |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | - |
| | 2756477 | 12/10/2013 | - | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | - |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | - |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | - |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | - |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | - |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | - |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | - |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | - |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | - |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | - |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | - |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | - |
| | | General - Total | $244,890.90 | $9,846.13 | $255,005.58 | ($255,005.58) | | - | - |
| | | GRAND TOTAL | $244,890.90 | $9,846.13 | $255,005.58 | ($255,005.58) | | - | - |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355007



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    March 4, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 626801
**Our File Number:** 00647/0001                    **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

| Date | Name | Hours |
|---|---|---|
| 01/12/2010 | Ben-Jacob, Michael | 1.00 |
| 01/21/2010 | Ben-Jacob, Michael | 0.67 |
| 01/22/2010 | Ben-Jacob, Michael | 0.08 |
| 01/22/2010 | Ben-Jacob, Michael | 0.08 |
| 02/02/2010 | Migliaccio, Christopher | 2.75 |
| 02/03/2010 | Migliaccio, Christopher | 1.00 |
| 02/04/2010 | Migliaccio, Christopher | 1.50 |
| 02/05/2010 | Ben-Jacob, Michael | 0.17 |
| 02/05/2010 | Migliaccio, Christopher | 2.75 |
| 02/11/2010 | Ben-Jacob, Michael | 0.25 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355008

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      March 4, 2010

RE: General                                                  **Invoice#:** 626801
Our File Number: 00647/0001                                     **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

██████████████████████████████████████

02/11/2010  Migliaccio, Christopher                                    3.50

████████████████████████████████████████

                                    Total Hours................   13.75
            Fees through 02/28/2010.....................   $6,026.25


*----------------------------TIME AND FEE SUMMARY---------------------------*
                              Rate        Hours         Fees
Ben-Jacob, Michael          $685.00        2.25      $1,541.25
Migliaccio, Christopher      390.00       11.50       4,485.00

            Fees through 02/28/2010...............   13.75      $6,026.25


            Fees this Invoice.........................................................   $6,026.25
            **Total Due this Invoice.............................................**   **$6,026.25**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355009

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

RE: General                                              **Invoice#:** 626801
**Our File Number:** 00647/0001                          **PAGE:**    3

===============================================================================

Kaye Scholer LLP

                                                    425 Park Avenue
                                                    New York, NY  10022-3598
                                                    212-836-8000
                                                    Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        WH_MDL_00355010



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                         April 12, 2010
        40 West 57th Street
        New York, New York 10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 631064
**Our File Number:** 00647/0001                            **PAGE:**    1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

|            |                    | Hours |
|------------|--------------------|-------|
| 01/20/2010 | Tuchman, L.        | 0.50  |
| 01/20/2010 | Tuchman, L.        | 0.50  |
| 01/20/2010 | Tuchman, L.        | 0.58  |
| 01/21/2010 | Ben-Jacob, Michael | 0.67  |
| 01/21/2010 | Tuchman, L.        | 0.17  |
| 01/21/2010 | Tuchman, L.        | 0.17  |
| 01/21/2010 | Tuchman, L.        | 0.17  |
| 02/02/2010 | Ben-Jacob, Michael | 1.00  |
| 03/16/2010 | Ben-Jacob, Michael | 0.75  |

01/21/2010 Ben-Jacob, Michael

03/16/2010 Ben-Jacob, Michael
Call w/Matt re tax credits for German withholding on dividends; follow up
meeting w/Greg.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

KAYE SCHOLER LLP

TO:    Argre Management LLC                                   April 12, 2010

RE: General                                              **Invoice#:** 631064
**Our File Number:** 00647/0001                          **PAGE:**    2

| | | |
|---|---|---:|
| 03/16/2010 | Benson, Gregg M | 2.50 |
| | Discuss with mbj; foreign tax credit research and review of notice 98-5. | |
| 03/18/2010 | Ben-Jacob, Michael | 1.17 |
| | Meeting w/Greg re: Foreign tax credit questions re: Irish/German investment review/edit email to Matt w/conclusions. | |
| 03/18/2010 | Benson, Gregg M | 3.75 |
| | Research regarding foreign tax credits through a pass-through; review notice 98-5; discuss with mbj; prepare email summary. | |
| 03/22/2010 | Ben-Jacob, Michael | 0.58 |
| | Call w/John; foreign tax credit matters; related meeting w/Argre re foreign source income questions. | |
| 03/22/2010 | Veillette, Rebecca | 0.50 |

Total Hours.................    13.01

Fees through 03/31/2010.....................................    $8,723.50


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $685.00 | 4.17 | $2,856.45 |
| Tuchman, L. | 870.00 | 2.09 | 1,818.30 |
| Benson, Gregg M | 625.00 | 6.25 | 3,906.25 |
| Veillette, Rebecca | 285.00 | 0.50 | 142.50 |
| Fees through 03/31/2010............... | | 13.01 | $8,723.50 |


*--------------------------------OUTSTANDING BALANCE--------------------------------*


**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355012

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      April 12, 2010

**RE:** General                                         **Invoice#:** 631064
**Our File Number:** 00647/0001                              **PAGE:**    3

| Invoice# | Date | Amount |
|---|---|---|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due.................................................... | | $6,026.25 |

| | |
|---|---|
| Fees this Invoice............................................................ | $8,723.50 |
| Total Due this Invoice.................................................... | $8,723.50 |
| Prior Balance Due (from above)...................................... | 6,026.25 |
| **TOTAL DUE**............................................................ | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355013

KAYE SCHOLER LLP

TO:   Argre Management LLC                                     April 12, 2010

    **RE:** General                                               **Invoice#:** 631064
    **Our File Number:** 00647/0001                                      **PAGE:**   4

===============================================================

Kaye Scholer LLP

                                    425 Park Avenue
                                    New York, NY  10022-3598
                                    212-836-8000
                                    Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355014**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        May 4, 2010
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com
       Attn: John H. van Merkensteijn, III


**RE:** General                                      **Invoice#:** 632796
**Our File Number:** 00647/0001                           **PAGE:**   1

_____

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/04/2010
_____


On-Account Fees.................................................    $268.55
Adjusted Fees...........................................................         $268.55
**Total Due this Invoice............................................**         **$268.55**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00355015



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 632796
Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355016**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 10, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 633095
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 04/16/2010 | Tuchman, L.         | 0.75      |
|            | ███████████████████ |           |
| 04/19/2010 | Ben-Jacob, Michael  | 1.08      |
|            | Attention to matters needed for Irish/German dividend deal. | |
| 04/20/2010 | Tuchman, L.         | 0.75      |
|            | ███████████████████ |           |
| 04/22/2010 | Tuchman, L.         | 0.33      |
|            | ███████████████████ |           |
| 04/23/2010 | Ben-Jacob, Michael  | 2.17      |
|            | ███████████████████ |           |
| 04/23/2010 | Tuchman, L.         | 4.25      |
|            | ███████████████████ |           |
| 04/26/2010 | Ben-Jacob, Michael  | 1.17      |
|            | ███████████████████ |           |
| 04/27/2010 | Ben-Jacob, Michael  | 0.25      |
|            | ███████████████████ |           |

**KAYE SCHOLER LLP**

TO:    Argre Management LLC

May 10, 2010

**RE:** General

**Invoice#:** 633095

**Our File Number:** 00647/0001

**PAGE:** 2

=================================================================

| 04/27/2010 | Schneider, W.H. | | 0.25 |
|---|---|---|---|
| 04/27/2010 | Tuchman, L. | ███████████ | 4.58 |
| | ███████████████████████ | | |
| 04/28/2010 | Ben-Jacob, Michael | | 0.25 |
| | ███████████ | | |
| 04/28/2010 | Tuchman, L. | | 4.25 |

04/28/2010 Tuchman, L. Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and conference call with potential investor; office conferences with M. Ben-Jacob re: proposed structure; revision of steps outline and charts; research carried interest issues and office conference with G. Benson.

| 04/29/2010 | Ben-Jacob, Michael | 0.83 |
|---|---|---|
| 04/29/2010 | Schneider, W.H. | 0.25 |
| 04/29/2010 | Tuchman, L. | 1.83 |

Total Hours................ 22.99

Fees through 04/30/2010.................................. $18,940.05

\*-------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 5.75 | $3,938.75 |
| Schneider, W.H. | 875.00 | 0.50 | 437.50 |
| Tuchman, L. | 870.00 | 16.74 | 14,563.80 |
| Fees through 04/30/2010............... | | 22.99 | $18,940.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

WH_MDL_00355018

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                              May 10, 2010

    **RE:** General                                                **Invoice#:** 633095
    **Our File Number:** 00647/0001                                      **PAGE:**    3

---

       *-----------------------COSTS ADVANCED THROUGH 04/30/2010-----------------------*
      Meals                                                          $77.90
            Total Costs through 04/30/2010........................          $77.90


      Fees this Invoice...................................    $18,940.05
      Less Discount of...................................    (3,000.00)
      Adjusted Fees.......................................                $15,940.05
      Costs this Invoice.................................                  $77.90
      Total Due this Invoice..........................                 $16,017.95
      Applied On-account Value.......................                  (268.55)
      **TOTAL DUE**..........................................         **$15,749.40**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355019**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    May 10, 2010

RE: General                                                    **Invoice#:** 633095
**Our File Number:** 00647/0001                                **PAGE:**    4

===================================================================================

Kaye Scholer LLP

                                                425 Park Avenue
                                                New York, NY  10022-3598
                                                212-836-8000
                                                Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      June 8, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 635694
**Our File Number:** 00647/0001                           **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|            |                      | Hours |
|------------|----------------------|-------|
| 03/01/2010 | Veillette, Rebecca   | 1.50  |
|            |                      |       |
| 03/01/2010 | Veillette, Rebecca   | 1.00  |
|            |                      |       |
| 03/03/2010 | Veillette, Rebecca   | 0.17  |
|            |                      |       |
| 04/25/2010 | Tuchman, L.          | 2.75  |
|            |                      |       |
| 04/26/2010 | Tuchman, L.          | 3.83  |
|            |                      |       |
| 04/30/2010 | Tuchman, L.          | 1.33  |
|            |                      |       |
| 05/02/2010 | Tuchman, L.          | 1.75  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355021**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          June 8, 2010

RE: General                                          **Invoice#:** 635694
**Our File Number:** 00647/0001                      **PAGE:**    2

====================================================================

| | | |
|---|---|---|
| 05/03/2010 | Tuchman, L. | 0.75 |
| | Telephone conferences with M. Stein and J. Van Merkensteijn. | |
| 05/03/2010 | Benson, Gregg M | 4.00 |
| | ██████████████████████████████ | |
| 05/04/2010 | Tuchman, L. | 0.75 |
| | ██████████████████████████████ | |
| 05/05/2010 | Tuchman, L. | 0.75 |
| | ██████████████████████████████ | |
| 05/05/2010 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob; telephone conference client and review of material re investments. | |
| 05/06/2010 | Tuchman, L. | 1.00 |
| | ██████████████████████████████ | |
| 05/06/2010 | Woodard, A.F. | 1.50 |
| | Review of material re possible investment strategies. | |
| 05/07/2010 | Woodard, A.F. | 0.67 |
| | ██████████████████████████████ | |
| 05/09/2010 | Tuchman, L. | 1.00 |
| | ██████████████ | |
| 05/10/2010 | Woodard, A.F. | 0.25 |
| | ██████████████ | |

                                          ----------
                    Total Hours................   24.75

          Fees through 05/31/2010..................................   $19,094.80


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      June 8, 2010

RE: General                                          **Invoice#:** 635694
**Our File Number:** 00647/0001                         **PAGE:**    3

════════════════════════════════════════════════════════════════════

|                    | Rate     | Hours | Fees        |
|--------------------|----------|-------|-------------|
| Tuchman, L.        | $870.00  | 13.91 | $12,101.70  |
| Woodard, A.F.      | 895.00   | 4.17  | 3,732.15    |
| Benson, Gregg M    | 625.00   | 4.00  | 2,500.00    |
| Veillette, Rebecca | 285.00   | 2.67  | 760.95      |
| Fees through 05/31/2010............. | | 24.75 | $19,094.80 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2010----------------------\*

Transportation                                          $132.50

Total Costs through 05/31/2010.........................    $132.50


Fees this Invoice..........................................................    $19,094.80

Costs this Invoice..........................................................    $132.50

**Total Due this Invoice...............................................**    **$19,227.30**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    June 8, 2010

RE: General                                              **Invoice#:** 635694
**Our File Number:** 00647/0001                                **PAGE:**    4

═══════════════════════════════════════════════════════════════════════

<u>Kaye Scholer LLP</u>

                                              425 Park Avenue
                                              New York, NY  10022-3598
                                              212-836-8000
                                              Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355024



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    October 6, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 646735
**Our File Number:** 00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                      | Hours |
|------------|----------------------|-------|
| 09/07/2010 | Ben-Jacob, Michael   | 0.33  |
| 09/20/2010 | Tuchman, L.          | 0.42  |
| 09/21/2010 | Ben-Jacob, Michael   | 0.50  |
| 09/21/2010 | Tuchman, L.          | 0.42  |
| 09/27/2010 | Ben-Jacob, Michael   | 0.50  |
| 09/27/2010 | Tuchman, L.          | 1.00  |

Total Hours................. 3.17

Fees through 09/30/2010................................... $2,511.85

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate    | Hours | Fees    |
|--------------------|---------|-------|---------|
| Ben-Jacob, Michael | $685.00 | 1.33  | $911.05 |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    October 6, 2010

  **RE:** General                                          **Invoice#:** 646735
  **Our File Number:** 00647/0001                             **PAGE:**    2

===============================================================================

Tuchman, L.                              870.00          1.84          1,600.80

                    Fees through 09/30/2010...............  3.17      $2,511.85


        Fees this Invoice...................................................  $2,511.85
        **Total Due this Invoice.............................................**  **$2,511.85**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355026**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355027



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    December 9, 2010
        40 West 57th Street
        New York, New York 10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                              **Invoice#:** 653901
**Our File Number:** 00647/0001                                **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 11/09/2010 | Ben-Jacob, Michael     | 1.67      |
|            | Call with Matt regarding dividend transaction. Related conference with Gary. | |
| 11/11/2010 | Ben-Jacob, Michael     | 0.25      |
|            | ███████████████████    |           |
| 11/11/2010 | Soloveichik, Sarah     | 0.17      |
|            | ███████████████████    |           |
| 11/12/2010 | Ben-Jacob, Michael     | 0.33      |
|            | ███████████████████    |           |
| 11/17/2010 | Tuchman, L.            | 2.75      |
|            | ███████████████████    |           |
| 11/18/2010 | Ben-Jacob, Michael     | 0.33      |
|            | ███████████████        |           |
| 11/18/2010 | Gartner, Gary J        | 1.00      |
|            | ██████████             |           |
| 11/18/2010 | Tuchman, L.            | 0.83      |
|            | ████████████████████   |           |
| 11/19/2010 | Ben-Jacob, Michael     | 0.17      |
|            | ██████████████████     |           |
| 11/19/2010 | Gartner, Gary J        | 1.83      |
|            | ██████████████         |           |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355028**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      December 9, 2010

   **RE:** General                                               **Invoice#:** 653901
   **Our File Number:** 00647/0001                               **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════



| Date | Name | Hours |
|------|------|-------|
| 11/22/2010 | Ben-Jacob, Michael | 0.58 |
| 11/22/2010 | Gartner, Gary J | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | 0.92 |
| 11/24/2010 | Gartner, Gary J | 1.92 |
| 11/24/2010 | Tuchman, L. | 0.58 |
| 11/30/2010 | Gartner, Gary J | 0.92 |
| 11/30/2010 | Tuchman, L. | 2.00 |

                                              Total Hours................  27.67

               Fees through 11/30/2010...................................  $22,438.45

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|------|------|-------|------|
| Ben-Jacob, Michael | $685.00 | 9.25 | $6,336.25 |
| Gartner, Gary J | 930.00 | 7.09 | 6,593.70 |
| Scheine, Jeffrey D | 820.00 | 5.00 | 4,100.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355029**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      December 9, 2010

**RE:** General                                                 **Invoice#:** 653901
**Our File Number:** 00647/0001                                 **PAGE:**    3

════════════════════════════════════════════════════════════════════════════

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010............... | | 27.67 | $22,438.45 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due........................................................................... | | $2,511.85 |

| | | |
|---|---|---|
| Fees this Invoice................................................. | $22,438.45 | |
| Less Discount of................................................. | (2,069.85) | |
| Adjusted Fees........................................................... | | $20,368.60 |
| Total Due this Invoice........................................... | | $20,368.60 |
| Prior Balance Due (from above)................................... | | 2,511.85 |
| **TOTAL DUE**.......................................................... | | **$22,880.45** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355030**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355031



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                          January 28, 2011
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                                    **Invoice#:** 657645
**Our File Number:** 00647/0001                                    **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

|  |  | Hours |
|---|---|---|
| 12/01/2010 | Gartner, Gary J | 1.75 |
|  | Telephone conference regarding withholding issue and consideration of Code provision. |  |
| 12/01/2010 | Scheine, Jeffrey D | 0.50 |
|  | Discussion with Louis Tuchman concerning foreign tax credit issues. |  |
| 12/01/2010 | Tuchman, L. | 2.17 |
|  | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; ███████████████████████ |  |
| 12/01/2010 | Soloveichik, Sarah | 0.17 |
|  | Received background information from Louis Tuchman. |  |
| 12/02/2010 | Ben-Jacob, Michael | 1.17 |
|  | ███████████████████████████████████ |  |
| 12/02/2010 | Gartner, Gary J | 1.08 |
|  | Consider issues regarding single stock future. |  |
| 12/02/2010 | Tuchman, L. | 0.25 |
|  | Office conference with M.B. Jacobs re: domain trading. |  |
| 12/03/2010 | Ben-Jacob, Michael | 1.00 |
|  | ███████████████████████████████████ |  |
| 12/03/2010 | Gartner, Gary J | 0.83 |
|  | ███████████████████████████████████ |  |
| 12/03/2010 | Soloveichik, Sarah | 2.33 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                     January 28, 2011

RE: General                                      **Invoice#:** 657645
**Our File Number:** 00647/0001                         **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════

|  |  | |
|---|---|---|
| | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid. | |
| 12/03/2010 | Soloveichik, Sarah | 0.75 |
| | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid.  Summarized research in email to Louis Tuchman. | |
| 12/06/2010 | Ben-Jacob, Michael | 1.58 |
| | Call with Jerome re German tax refund/FTC questions ██████████ | |
| 12/06/2010 | Wells, Peter B | 2.58 |
| 12/07/2010 | Ben-Jacob, Michael | 1.08 |
| 12/07/2010 | Wells, Peter B | 4.42 |
| 12/08/2010 | Ben-Jacob, Michael | 1.67 |
| 12/08/2010 | Tuchman, L. | 1.25 |
| 12/08/2010 | Wells, Peter B | 1.42 |
| 12/09/2010 | Ben-Jacob, Michael | 0.33 |
| 12/09/2010 | Wells, Peter B | 1.67 |
| 12/15/2010 | Ben-Jacob, Michael | 0.25 |

**K**AYE SCHOLER LLP

| | |
|---|---|
| TO:    Argre Management LLC | January 28, 2011 |

RE: General                               **Invoice#:** 657645
**Our File Number:** 00647/0001           **PAGE:**    3

===========================================================================

| | | |
|---|---|---|
| 12/21/2010 | Ben-Jacob, Michael | 0.50 |
| | ███████████████████████ | |
| 12/22/2010 | Ben-Jacob, Michael | 0.25 |
| | ███████████████████████ | |
| 12/28/2010 | Wells, Peter B | 1.17 |
| | ████████████████████████████████ | |
| 12/30/2010 | Wells, Peter B | 0.25 |
| | █████████████████ | |

Total Hours................. 30.42

Fees through 12/31/2010.................................. $18,780.00

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 7.83 | $5,363.55 |
| Gartner, Gary J | 930.00 | 3.66 | 3,403.80 |
| Scheine, Jeffrey D | 820.00 | 0.50 | 410.00 |
| Tuchman, L. | 870.00 | 3.67 | 3,192.90 |
| Soloveichik, Sarah | 290.00 | 3.25 | 942.50 |
| Wells, Peter B | 475.00 | 11.51 | 5,467.25 |
| Fees through 12/31/2010............... | | 30.42 | $18,780.00 |

| | |
|---|---|
| Fees this Invoice................................................. | $18,780.00 |
| Less Discount of............................................... | (3,780.00) |
| Adjusted Fees.............................................................. | $15,000.00 |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    January 28, 2011

**RE:** General                                              **Invoice#:** 657645
**Our File Number:** 00647/0001                                    **PAGE:**    4

**Total Due this Invoice**................................................................    **$15,000.00**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355035**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 657645
Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York  10019
Attn: John H. van Merkensteijn, III

March 15, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 663115
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

|  |  | Hours |
|---|---|---|
| 02/01/2011 | Ben-Jacob, Michael | 1.33 |
|  | Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. |  |
| 02/02/2011 | Ben-Jacob, Michael | 1.00 |
|  | Call with John re ex-dividend transaction; related consideration of memo. |  |
| 02/03/2011 | Ben-Jacob, Michael | 0.25 |
|  | Attention to memo. |  |
| 02/04/2011 | Abramowitz, L. | 0.50 |
|  | Office conference Ben-Jacob; research UBTI with respect to church; correspondence. |  |
| 02/04/2011 | Ben-Jacob, Michael | 0.58 |
|  | Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues. |  |
| 02/06/2011 | Ben-Jacob, Michael | 0.33 |
|  | Review US/German Tax treaty and structuring memo. |  |
| 02/07/2011 | Ben-Jacob, Michael | 1.25 |
|  | Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. |  |
| 02/07/2011 | Tuchman, L. | 1.67 |
|  | Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. |  |
| 02/07/2011 | Woodard, A.F. | 0.17 |
|  | Review of material re German investment. |  |
| 02/07/2011 | Wells, Peter B | 1.25 |
|  | ███████████████████████████ |  |
| 02/08/2011 | Ben-Jacob, Michael | 1.25 |
|  | Call with Matt, John and Jerome re ex-dividend transaction; ███████ |  |

**K**AYE SCHOLER LLP

| TO: | Argre Management LLC | March 15, 2011 |
|---|---|---|

| **RE:** General | **Invoice#:** 663115 |
|---|---|
| **Our File Number:** 00647/0001 | **PAGE:**    2 |

===

| | | |
|---|---|---|
| 02/08/2011 | Tuchman, L. | 3.25 |
| | Conference call regarding proposed deal, structure; research; telephone conferences and office conferences with A.F. Woodard, J. Lhote and M. Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss. | |
| 02/08/2011 | Woodard, A.F. | 1.84 |
| | Office conferences L. Tuchman, conference call client, and review of material re potential German investment. | |
| 02/08/2011 | Wells, Peter B | 1.00 |
| | ████████████████████████████████ | |
| 02/09/2011 | Ben-Jacob, Michael | 1.83 |
| | Calls with John re ex-dividend transaction; related conference call with London advisors. | |
| 02/09/2011 | Tuchman, L. | 2.17 |
| | Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re: German ex-dividend transaction; follow-up discussions re: same. | |
| 02/09/2011 | Woodard, A.F. | 0.92 |
| | Conference call client; office conference L. Tuchman and review of material. | |
| 02/09/2011 | Wells, Peter B | 0.67 |
| | ████████████████████████████████ | |
| 02/09/2011 | Wells, Peter B | 1.50 |
| | ████████████████████████████████ | |
| 02/10/2011 | Ben-Jacob, Michael | 0.50 |
| | ████████████████████████████████ | |
| 02/10/2011 | Eichel, Steven R | 0.54 |
| | ████████████████████████████████ | |
| 02/10/2011 | Wells, Peter B | 1.50 |
| | ████████████████████████████████ | |
| 02/11/2011 | Ben-Jacob, Michael | 0.75 |
| | ████████████████████████████████ | |
| 02/11/2011 | Eichel, Steven R | 0.67 |
| | ████████████████████████████████ | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355038**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                      March 15, 2011

**RE:** General                                                 **Invoice#:** 663115
**Our File Number:** 00647/0001                                 **PAGE:**   3



| | | | |
|---|---|---|---|
| 02/11/2011 | Wells, Peter B | | 1.25 |
| 02/14/2011 | Wells, Peter B | | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | | 0.75 |
| 02/16/2011 | Wells, Peter B | | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | | 0.75 |
| 02/23/2011 | Eichel, Steven R | | 0.17 |
| 02/23/2011 | Wells, Peter B | | 0.75 |
| 02/24/2011 | Wells, Peter B | | 1.00 |
| 02/25/2011 | Wells, Peter B | | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | | 0.08 |
| 02/28/2011 | Wells, Peter B | | 0.75 |

Total Hours.................  35.55

Fees through 02/28/2011.....................................  $24,855.40

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

                          Rate        Hours         Fees

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    March 15, 2011

RE: General                                                    **Invoice#:** 663115
**Our File Number:** 00647/0001                                **PAGE:**    4

| | | | |
|---|---|---|---|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |
| Fees through 02/28/2011............... | | 35.55 | $24,855.40 |

Fees this Invoice...............................................    $24,855.40
Less Discount of.............................................    (4,000.00)
Adjusted Fees.........................................................    $20,855.40
**Total Due this Invoice...............................................**    **$20,855.40**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355040**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355041

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    August 9, 2011
     40 West 57th Street
     New York, New York  10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                      **Invoice#:** 676549
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

| | | | **Hours** |
|---|---|---|---|
| 07/12/2011 | Eichel, Steven R | | 0.75 |
| 07/19/2011 | Tuchman, L. | | 0.75 |
| | | Total Hours................ | 1.50 |
| | | Fees through 07/31/2011.................................... | $1,173.75 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $875.00 | 0.75 | $656.25 |
| Eichel, Steven R | 690.00 | 0.75 | 517.50 |
| Fees through 07/31/2011............... | | 1.50 | $1,173.75 |

*-----------------------COSTS ADVANCED THROUGH 07/31/2011-----------------------*

| | |
|---|---|
| Transportation | $293.70 |
| Messengers/Courier | 26.25 |
| Total Costs through 07/31/2011........................ | $319.95 |

| | |
|---|---|
| Fees this Invoice.............................................................. | $1,173.75 |
| Costs this Invoice............................................................. | $319.95 |
| **Total Due this Invoice............................................................** | **$1,493.70** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355042**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER       WH_MDL_00355043



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                 September 12, 2011
     40 West 57th Street
     New York, New York 10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 679893
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 08/15/2011 | Ben-Jacob, Michael  | 1.00      |
| 08/16/2011 | Ben-Jacob, Michael  | 0.17      |
|            | Total Hours........  | 1.17      |
|            | Fees through 08/31/2011..................  | $830.70   |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate    | Hours | Fees    |
|--------------------|---------|-------|---------|
| Ben-Jacob, Michael | $710.00 | 1.17  | $830.70 |
| Fees through 08/31/2011..............  |         | 1.17  | $830.70 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 676549   | 08/09/2011 | $1,493.70  |
| Prior Balance Due..........................................................  |            | $1,493.70  |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355044

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                September 12, 2011

**RE:** General                                              **Invoice#:** 679893
**Our File Number:** 00647/0001                              **PAGE:**    2

Fees this Invoice................................................................    $830.70
Total Due this Invoice.......................................................    $830.70
Prior Balance Due (from above)..................................    1,493.70
**TOTAL DUE**..................................................................    **$2,324.40**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355045**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355046



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    October 11, 2011
        40 West 57th Street
        New York, New York  10019
        Attn: John H. van Merkensteijn, III

RE: General                                              Invoice#: 682560
Our File Number: 00647/0001                              PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|  |  | **Hours** |
|---|---|---|
| 09/12/2011 | Ben-Jacob, Michael | 0.42 |
| | Call with Matt regarding pension structure for next ex-dividend deal. | |
| 09/12/2011 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/13/2011 | Woodard, A.F. | 3.17 |
| | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/14/2011 | Woodard, A.F. | 4.00 |
| | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. | |
| 09/15/2011 | Ben-Jacob, Michael | 1.25 |
| | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. | |
| 09/15/2011 | Woodard, A.F. | 2.17 |
| | Office conference M. Ben-Jacob and review of material re UBTI and other issues. | |
| 09/16/2011 | Woodard, A.F. | 0.83 |
| | Review of material re UBTI and other issues. | |
| 09/20/2011 | Woodard, A.F. | 0.25 |
| | Telephone conference L. Tuchman re UBTI. | |
| 09/21/2011 | Woodard, A.F. | 1.42 |
| | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. | |
| 09/22/2011 | Woodard, A.F. | 0.42 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    October 11, 2011

  RE: General                                         **Invoice#:** 682560
  **Our File Number:** 00647/0001                        **PAGE:**    2

===============================================================================

|            |                      |        |
|------------|----------------------|--------|
| 09/23/2011 | Woodard, A.F.        | 0.50   |
| 09/28/2011 | Ben-Jacob, Michael   | 0.17   |
| 09/28/2011 | Veillette, Rebecca   | 2.25   |
| 09/29/2011 | Veillette, Rebecca   | 0.25   |
| 09/30/2011 | Veillette, Rebecca   | 1.08   |

                                            Total Hours................  19.93

        Fees through 09/30/2011....................................  $13,970.50


  *----------------------------------TIME AND FEE SUMMARY----------------------------------*

|                      | Rate      | Hours  | Fees       |
|----------------------|-----------|--------|------------|
| Ben-Jacob, Michael   | $710.00   | 1.84   | $1,306.40  |
| Woodard, A.F.        | 800.00    | 14.51  | 11,608.00  |
| Veillette, Rebecca   | 295.00    | 3.58   | 1,056.10   |
|                      | Fees through 09/30/2011............... | 19.93 | $13,970.50 |

  *-----------------------COSTS ADVANCED THROUGH 09/30/2011-----------------------*
        Corp. Filings & Searches                            $661.75

        Total Costs through 09/30/2011.........................  $661.75


        Fees this Invoice...........................................................  $13,970.50


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355048**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC

October 11, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 682560
**PAGE:**    3

Costs this Invoice.................................................................. $661.75
**Total Due this Invoice...............................................** **$14,632.25**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355049**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355050

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    November 14, 2011
     40 West 57th Street
     New York, New York  10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 685991
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|            |                                                                        | Hours |
|------------|------------------------------------------------------------------------|-------|
| 10/03/2011 | Ben-Jacob, Michael                                                     | 0.08  |
|            | ███████████████████████                                                |       |
| 10/03/2011 | Eichel, Steven R                                                       | 1.83  |
|            | ██████████████████████████████████████                                 |       |
| 10/04/2011 | Veillette, Rebecca                                                     | 0.33  |
|            | █████████████████████████████████                                      |       |
| 10/05/2011 | Eichel, Steven R                                                       | 0.67  |
|            | █████████████████████████████████████                                  |       |
| 10/05/2011 | Veillette, Rebecca                                                     | 0.42  |
|            | ████████████████████                                                   |       |
| 10/10/2011 | Ben-Jacob, Michael                                                     | 0.17  |
|            | Conference with Woody regarding pension/ex-dividend strategy.         |       |
| 10/10/2011 | Woodard, A.F.                                                          | 0.25  |
|            | Office conference M. Ben-Jacob and review of material.                |       |
| 10/12/2011 | Ben-Jacob, Michael                                                     | 0.50  |
|            | ████████████████████████████████████                                  |       |
| 10/12/2011 | Woodard, A.F.                                                          | 0.50  |
|            | Review of material.                                                    |       |
| 10/13/2011 | Woodard, A.F.                                                          | 1.50  |
|            | Review of material re proposed transaction.                           |       |
| 10/17/2011 | Briggs, Lindsey V                                                      | 0.33  |
|            | ██████████████████████████████                                         |       |
| 10/18/2011 | Ben-Jacob, Michael                                                     | 1.08  |
|            | Attention to ex-dividend strategy; related conference with Woody.     |       |
| 10/19/2011 | Ben-Jacob, Michael                                                     | 0.50  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355051**

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                                                      November 14, 2011

**RE:** General                                                          **Invoice#:** 685991
**Our File Number:** 00647/0001                                              **PAGE:**     2

===============================================================================

|            | Call with Matt, Jerome and Woody regarding pension - ex dividend planning. | |
|------------|---------------------|------|
| 10/19/2011 | Woodard, A.F. | 1.25 |
|            | ███████████████████████████████████████████████ ; conference call M. Ben-Jacob and client re proposed investment. | |

|  | Total Hours................. | 9.41 |
|--|--|--|
|  | Fees through 10/31/2011.................................... | $6,535.85 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                      | Rate     | Hours | Fees      |
|----------------------|----------|-------|-----------|
| Ben-Jacob, Michael   | $710.00  | 2.33  | $1,654.30 |
| Woodard, A.F.        | 800.00   | 3.50  | 2,800.00  |
| Eichel, Steven R     | 690.00   | 2.50  | 1,725.00  |
| Briggs, Lindsey V    | 410.00   | 0.33  | 135.30    |
| Veillette, Rebecca   | 295.00   | 0.75  | 221.25    |
| Fees through 10/31/2011............... |  | 9.41  | $6,535.85 |

|                                                          |           |
|----------------------------------------------------------|-----------|
| Fees this Invoice.........................................................................  | $6,535.85 |
| **Total Due this Invoice.................................................................** | **$6,535.85** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355053



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    December 12, 2011
      40 West 57th Street
      New York, New York 10019


**RE:** General                                          **Invoice#:** 688474
**Our File Number:** 00647/0001                              **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|            |                 | Hours |
|------------|-----------------|------:|
| 11/08/2011 | Tuchman, L.     | 1.25  |
|            | Telephone conference with M. Stein; research re: proposed structure. | |
| 11/09/2011 | Tuchman, L.     | 0.75  |
|            | Research and telephone conference with M. Stein. | |
| 11/10/2011 | Ben-Jacob, Michael | 0.25 |
|            | Call with Matt and Jerome regarding potential planning. | |

Total Hours................. 2.25

Fees through 11/30/2011.................................... $1,927.50


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                   | Rate    | Hours | Fees      |
|-------------------|--------:|------:|----------:|
| Ben-Jacob, Michael | $710.00 | 0.25  | $177.50   |
| Tuchman, L.        | 875.00  | 2.00  | 1,750.00  |
| Fees through 11/30/2011............... | | 2.25 | $1,927.50 |


*-----------------------COSTS ADVANCED THROUGH 11/30/2011-----------------------*

| Corp. Filings & Searches | $224.25 |
|--------------------------|--------:|
| Total Costs through 11/30/2011........................ | $224.25 |


*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date       | Amount    |
|----------|------------|----------:|
| 685991   | 11/14/2011 | $6,535.85 |


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**           **WH_MDL_00355054**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                December 12, 2011

RE: General                                              **Invoice#:** 688474
**Our File Number:** 00647/0001                              **PAGE:**    2

Prior Balance Due.......................................................................    $6,535.85

Fees this Invoice.......................................................................    $1,927.50
Costs this Invoice.......................................................................    $224.25
Total Due this Invoice.................................................................    $2,151.75
Prior Balance Due (from above)..................................................    6,535.85
**TOTAL DUE**.......................................................................    **$8,687.60**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    March 31, 2012
        40 West 57th Street
        New York, New York  10019

**RE:** General                                          **Invoice#:** 696544
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 12/07/2011 | Veillette, Rebecca   | 1.00      |
| 12/08/2011 | Veillette, Rebecca   | 1.00      |
| 12/20/2011 | Ben-Jacob, Michael   | 0.75      |
| 12/20/2011 | Briggs, Lindsey V    | 0.25      |
| 12/21/2011 | Briggs, Lindsey V    | 0.42      |
| 12/21/2011 | Veillette, Rebecca   | 0.50      |
| 12/22/2011 | Veillette, Rebecca   | 0.50      |
| 02/02/2012 | Ben-Jacob, Michael   | 0.17      |
| 02/22/2012 | Ben-Jacob, Michael   | 0.25      |
| 02/23/2012 | Ben-Jacob, Michael   | 0.33      |
| 02/23/2012 | Stromberg, Thomas    | 1.50      |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355057**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                       March 31, 2012

RE: General                                              Invoice#: 696544
Our File Number: 00647/0001                                PAGE:   2

═══════════════════════════════════════════════════════════════════════

| Date | Name | Hours |
|------|------|-------|
| 02/23/2012 | Sluder, Elizabeth C | 0.92 |
| 02/24/2012 | Stromberg, Thomas | 0.50 |
| 02/27/2012 | Stromberg, Thomas | 1.00 |
| 02/27/2012 | Sluder, Elizabeth C | 4.58 |
| 02/28/2012 | Stromberg, Thomas | 1.25 |
| 02/28/2012 | Sluder, Elizabeth C | 1.17 |
| 03/05/2012 | Wells, Peter B | 2.25 |
| 03/06/2012 | Wells, Peter B | 1.00 |
| 03/15/2012 | Wells, Peter B | 5.00 |

Work on issues related to due diligence for IRAs.

                                        ----------
                        Total Hours................   24.34

          Fees through 03/31/2012....................   $14,797.45


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|------|------|-------|------|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355058

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                         March 31, 2012

    **RE:** General                                             **Invoice#:** 696544
    **Our File Number:** 00647/0001                                **PAGE:**    3

================================================================================

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012............. | | 24.34 | $14,797.45 |

*)      rate changed during the timespan of the bill

       *-----------------------COSTS ADVANCED THROUGH 03/31/2012-----------------------*

| | |
|---|---|
| Duplicating | $10.10 |
| Transportation | 9.00 |
| Corp. Filings & Searches | 329.00 |
| Messengers/Courier | 52.49 |
| Meals | 48.50 |
| Total Costs through 03/31/2012........................ | $449.09 |

| | |
|---|---|
| Fees this Invoice.................................................................... | $14,797.45 |
| Costs this Invoice.................................................................. | $449.09 |
| **Total Due this Invoice.................................................................** | **$15,246.54** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355059**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355060



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                May 14, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                          **Invoice#:** 702756
**Our File Number:** 00647/0001                          **PAGE:**    1

================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 04/30/2012

================================================================

|                                      | **Hours** |
|--------------------------------------|-----------|
| 04/05/2012  Ben-Jacob, Michael       | 0.92      |
| ████████████████████████████████     |           |
| 04/24/2012  Ben-Jacob, Michael       | 1.00      |
| ██████████████████████               |           |

                  Total Hours.................  1.92

Fees through 04/30/2012...................................  $1,401.60

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                        | Rate     | Hours | Fees      |
|------------------------|----------|-------|-----------|
| Ben-Jacob, Michael     | $730.00  | 1.92  | $1,401.60 |
| Fees through 04/30/2012...............  |  | 1.92  | $1,401.60 |

\*-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------\*

| Messengers/Courier                              | $26.25  |
|-------------------------------------------------|---------|
| Filing Fees/Court Fees                          | 105.00  |
| Total Costs through 04/30/2012........................  | $131.25 |

| Fees this Invoice.................................................................  | $1,401.60 |
|--------------------------------------------------------------------------------------|-----------|
| Costs this Invoice...............................................................  | $131.25   |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      May 14, 2012

**RE:** General                                                **Invoice#:** 702756
**Our File Number:** 00647/0001                                **PAGE:**    2

===============================================================================

**Total Due this Invoice**................................................................     **$1,532.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355062**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                      June 18, 2012
      40 West 57th Street
      New York, New York 10019

**RE:** General                                          **Invoice#:** 705166
**Our File Number:** 00647/0001                               **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2012

|  |  | **Hours** |
|---|---|---|
| 05/03/2012 | Ben-Jacob, Michael | 1.58 |
| 05/04/2012 | Ben-Jacob, Michael | 1.67 |

Total Hours................ 3.25

Fees through 05/31/2012.................................. $2,372.50

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 3.25 | $2,372.50 |
| Fees through 05/31/2012............... | | 3.25 | $2,372.50 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------\*

| Transportation | $11.00 |
|---|---|
| Messengers/Courier | 34.06 |

Total Costs through 05/31/2012........................ $45.06

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 702756 | 05/14/2012 | $1,532.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC

June 18, 2012

**RE:** General

**Invoice#:** 705166

**Our File Number:** 00647/0001

**PAGE:**    2

===============================================================================

Prior Balance Due.................................................................... $1,532.85

Fees this Invoice....................................................................... $2,372.50

Costs this Invoice..................................................................... $45.06

Total Due this Invoice.............................................................. $2,417.56

Prior Balance Due (from above)................................................. 1,532.85

**TOTAL DUE**.......................................................................... **$3,950.41**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355065**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER           WH_MDL_00355066



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    July 17, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                    **Invoice#:** 708329
**Our File Number:**00647/0001                     **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2012

|                                                  | **Hours** |
| ------------------------------------------------ | --------- |
| 06/05/2012  Veillette, Rebecca                   | 0.33      |
| 06/06/2012  Veillette, Rebecca                   | 0.33      |
| 06/12/2012  Veillette, Rebecca                   | 1.00      |
| 06/14/2012  Ben-Jacob, Michael                   | 0.67      |
| 06/15/2012  Veillette, Rebecca                   | 0.50      |
| 06/22/2012  Veillette, Rebecca                   | 0.33      |
| 06/27/2012  Veillette, Rebecca                   | 0.50      |

Total Hours................  3.66

Fees through 06/30/2012....................................  $1,371.15

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|                     | Rate     | Hours | Fees     |
| ------------------- | -------- | ----- | -------- |
| Ben-Jacob, Michael  | $730.00  | 0.67  | $489.10  |
| Veillette, Rebecca  | 295.00   | 2.99  | 882.05   |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                     **WH_MDL_00355067**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      July 17, 2012

RE: General                                                **Invoice#:** 708329
**Our File Number:** 00647/0001                              **PAGE:**    2

===============================================================================

Fees through 06/30/2012...............    3.66    $1,371.15


\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 702756 | 05/14/2012 | $1,532.85 |
| 705166 | 06/18/2012 | 2,417.56 |
| Prior Balance Due........................................................ | | $3,950.41 |


Fees this Invoice.................................................................    $1,371.15

Total Due this Invoice.........................................................    $1,371.15

Prior Balance Due (from above)...................................................    3,950.41

**TOTAL DUE**...............................................................    **$5,321.56**


**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355068**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 708329
Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      August 16, 2012
       40 West 57th Street
       New York, New York 10019


**RE:** General                                       **Invoice#:** 711502
**Our File Number:**00647/0001                              **PAGE:**    1

==================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2012

==================================================================

                                                                      **Hours**
                                                                    ----------
07/25/2012   Veillette, Rebecca                                         0.33

             ██████████████████████████████████

07/30/2012   Veillette, Rebecca                                        1.00
             Attention to forming Rajan Investments LLC.
                                                                    ----------
                                      Total Hours.................    1.33
                 Fees through 07/31/2012.....................    $392.35


*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                              Rate          Hours          Fees
Veillette, Rebecca          $295.00          1.33         $392.35
                 Fees through 07/31/2012...............    1.33         $392.35


*--------------------------------OUTSTANDING BALANCE--------------------------------*
         **Invoice#**            **Date**                      **Amount**
         708329             07/17/2012                      $1,371.15
         Prior Balance Due.......................................................    $1,371.15


         Fees this Invoice.......................................................    $392.35

KAYE SCHOLER LLP

TO:     Argre Management LLC                                      August 16, 2012

RE: General                                                        **Invoice#:** 711502
**Our File Number:** 00647/0001                                    **PAGE:**    2

Total Due this Invoice.................................................................     $392.35
Prior Balance Due (from above)...................................................     1,371.15
**TOTAL DUE**.........................................................................     **$1,763.50**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355071**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355072



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    September 13, 2012
      40 West 57th Street
      New York, New York 10019

RE: General                                          **Invoice#:** 713751
**Our File Number:** 00647/0001                         **PAGE:**   1

===

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2012

===

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 08/01/2012 | Veillette, Rebecca | 0.75 |
| 08/08/2012 | Veillette, Rebecca | 0.58 |
| 08/09/2012 | Veillette, Rebecca | 1.25 |
| 08/10/2012 | Veillette, Rebecca | 0.67 |
|            | Rajan Investments - operating agreement. | |
| 08/14/2012 | Veillette, Rebecca | 0.33 |
| 08/17/2012 | Ben-Jacob, Michael | 0.08 |

Total Hours.................  3.66

Fees through 08/31/2012.....................................  $1,114.50

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate    | Hours | Fees     |
|--------------------|---------|-------|----------|
| Ben-Jacob, Michael | $730.00 | 0.08  | $58.40   |
| Veillette, Rebecca | 295.00  | 3.58  | 1,056.10 |
|                    | Fees through 08/31/2012............... | 3.66 | $1,114.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355073**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    September 13, 2012

**RE:** General                                               **Invoice#:** 713751
**Our File Number:** 00647/0001                               **PAGE:**    2

Fees this Invoice...........................................................................    $1,114.50

**Total Due this Invoice.................................................    $1,114.50**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355074**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                November 20, 2012
       40 West 57th Street
       New York, New York 10019


**RE:** General                                          **Invoice#:** 720986
**Our File Number:**00647/0001                           **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

|                |                        | **Hours** |
|----------------|------------------------|-----------|
| 09/27/2012     | Ben-Jacob, Michael     | 0.08      |
| 09/28/2012     | Ben-Jacob, Michael     | 1.42      |
| 09/29/2012     | Ben-Jacob, Michael     | 0.17      |
| 10/07/2012     | Ben-Jacob, Michael     | 0.17      |
| 10/11/2012     | Wittenberg, Daniella T | 0.33      |
| 10/16/2012     | Veillette, Rebecca     | 0.25      |
| 10/17/2012     | Wells, Peter B         | 0.75      |
| 10/17/2012     | Veillette, Rebecca     | 0.50      |
| 10/24/2012     | Veillette, Rebecca     | 1.25      |
| 10/25/2012     | Wells, Peter B         | 1.00      |
| 10/25/2012     | Veillette, Rebecca     | 1.50      |

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                               November 20, 2012

**RE:** General                                                         **Invoice#:** 720986
**Our File Number:** 00647/0001                                         **PAGE:**   2

====================================================================================

10/26/2012  Veillette, Rebecca                                                    0.50

                                                                            ----------
                                              Total Hours................    7.92

              Fees through 10/31/2012....................................    $3,804.90


*---------------------------------TIME AND FEE SUMMARY---------------------------------*
                                Rate          Hours          Fees
Ben-Jacob, Michael            $730.00          1.84        $1,343.20
Wells, Peter B                 640.00          1.75         1,120.00
Wittenberg, Daniella T         490.00          0.33           161.70
Veillette, Rebecca             295.00          4.00         1,180.00

              Fees through 10/31/2012...............     7.92        $3,804.90

        *----------------------COSTS ADVANCED THROUGH 10/31/2012----------------------*
              Corp. Filings & Searches                         $2,633.00
              Conference & Legal Staff/Travel Working Meals        27.57
                                                          -------------------
              Total Costs through 10/31/2012........................    $2,660.57


              Fees this Invoice.........................................................    $3,804.90
              Costs this Invoice.......................................................    $2,660.57
              **Total Due this Invoice...............................................**    **$6,465.47**

              **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355077**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        December 10, 2012
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

RE: General                                           Invoice#: 722890
Our File Number:00647/0001                            PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|            |                      | Hours |
|------------|----------------------|-------|
| 11/01/2012 | Wells, Peter B       | 1.42  |
| 11/05/2012 | Wells, Peter B       | 1.50  |
| 11/07/2012 | Gartner, Gary J      | 1.50  |
| 11/08/2012 | Gartner, Gary J      | 0.83  |
| 11/08/2012 | Veillette, Rebecca   | 1.33  |
| 11/09/2012 | Gartner, Gary J      | 0.67  |
| 11/12/2012 | Ben-Jacob, Michael   | 0.08  |
| 11/14/2012 | Gartner, Gary J      | 1.08  |
| 11/15/2012 | Ben-Jacob, Michael   | 0.08  |
| 11/15/2012 | Gartner, Gary J      | 1.17  |
|            | Telephone conference with client and review proposed regs. | |
| 11/16/2012 | Gartner, Gary J      | 1.17  |
|            | Consider proposed regs regarding trade. | |
| 11/19/2012 | Gartner, Gary J      | 0.50  |
|            | Update thinking regarding proposed regulations. | |
| 11/21/2012 | Gartner, Gary J      | 0.75  |
|            | Consider further issues regarding proposed regs and trade. | |
| 11/28/2012 | Gartner, Gary J      | 1.50  |
|            | Consider issues under proposed regs and trade. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355079

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    December 10, 2012

RE: General                                                   Invoice#: 722890
Our File Number: 00647/0001                                      PAGE:   2

---

11/29/2012   Gartner, Gary J                                               1.17
             Review of authorities on possible trade.
                                          Total Hours................   14.75
             Fees through 11/30/2012....................   $12,924.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                      | Rate     | Hours | Fees        |
|----------------------|----------|-------|-------------|
| Ben-Jacob, Michael   | $730.00  | 0.16  | $116.80     |
| Gartner, Gary J      | 1,020.00 | 10.34 | 10,546.80   |
| Wells, Peter B       | 640.00   | 2.92  | 1,868.80    |
| Veillette, Rebecca   | 295.00   | 1.33  | 392.35      |
| Fees through 11/30/2012 |       | 14.75 | $12,924.75  |

\*----------------------COSTS ADVANCED THROUGH 11/30/2012----------------------\*
             Transportation                                $84.81
             Total Costs through 11/30/2012........................   $84.81

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 720986   | 11/20/2012 | $6,465.47  |
| Prior Balance Due.............. |  | $6,465.47 |

Fees this Invoice...........................................................   $12,924.75
Costs this Invoice..........................................................   $84.81
Total Due this Invoice...............................................   $13,009.56
Prior Balance Due (from above)................................   6,465.47
**TOTAL DUE**...........................................................   **$19,475.03**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355080

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 722890
Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355081

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

January 17, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 727062
**PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

|  |  | **Hours** |
|---|---|---|
| 12/04/2012 | Wells, Peter B | 2.00 |
| ████████████████████████ | | |
| 12/05/2012 | Wells, Peter B | 1.75 |
| ████████████████████████ | | |
| | Total Hours................. | 3.75 |
| | Fees through 12/31/2012................................... | $2,400.00 |

\*---------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $640.00 | 3.75 | $2,400.00 |
| Fees through 12/31/2012............... | | 3.75 | $2,400.00 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $2,400.00 |
| **Total Due this Invoice**............................................................. | **$2,400.00** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# **K**AYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## **WIRE TRANSFER INSTRUCTIONS**

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355083

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                   February 21, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                        **Invoice#:** 728997
**Our File Number:**00647/0001                         **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 01/22/2013 | Veillette, Rebecca  | 0.50      |
| 01/24/2013 | Tuchman, L.         | 1.00      |
| 01/25/2013 | Tuchman, L.         | 2.50      |
| 01/28/2013 | Tuchman, L.         | 2.75      |
| 01/28/2013 | Veillette, Rebecca  | 1.08      |

Total Hours................. 7.83

Fees through 01/31/2013.................................... $6,231.90

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                     | Rate      | Hours | Fees       |
|---------------------|-----------|-------|------------|
| Tuchman, L.         | $920.00   | 6.25  | $5,750.00  |
| Veillette, Rebecca  | 305.00    | 1.58  | 481.90     |
| Fees through 01/31/2013............... | | 7.83 | $6,231.90 |

*-----------------------COSTS ADVANCED THROUGH 01/31/2013-----------------------*

Reporters/Transcripts Fee                               $99.00

Total Costs through 01/31/2013......................... $99.00

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 727062   | 01/29/2013 | $2,400.00  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355084**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    February 21, 2013

**RE:** General                                               **Invoice#:** 728997
**Our File Number:** 00647/0001                               **PAGE:**   2

Prior Balance Due.................................................................    $2,400.00


Fees this Invoice.................................................................    $6,231.90
Costs this Invoice...............................................................      $99.00
Total Due this Invoice.........................................................    $6,330.90
Prior Balance Due (from above)...............................................    2,400.00
**TOTAL DUE**.................................................................    **$8,730.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                  **WH_MDL_00355085**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

March 25, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 731658
**PAGE:** 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2013

---

|  |  | **Hours** |
|---|---|---|
| 02/12/2013 | Veillette, Rebecca ▌▌▌▌ | 0.58 |
| 02/27/2013 | Veillette, Rebecca ▌▌▌▌ | 0.58 |
| 02/27/2013 | Veillette, Rebecca ▌▌▌▌ | 0.42 |
|  | Total Hours................. | 1.58 |
|  | Fees through 02/28/2013.................................... | $481.90 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 1.58 | $481.90 |
| Fees through 02/28/2013............... | | 1.58 | $481.90 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 728997 | 02/21/2013 | $6,330.90 |
| Prior Balance Due........................................................................ | | $6,330.90 |

| | |
|---|---|
| Fees this Invoice................................................................ | $481.90 |
| Total Due this Invoice......................................................... | $481.90 |
| Prior Balance Due (from above)............................................ | 6,330.90 |
| **TOTAL DUE.............................................................................** | **$6,812.80** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     **WH_MDL_00355088**



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      April 22, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                          **Invoice#:** 734523
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

|  |  | **Hours** |
|---|---|---|
| 03/04/2013 | Tuchman, L. | 1.42 |
| 03/05/2013 | Tuchman, L. | 1.75 |
| 03/06/2013 | Tuchman, L. | 1.75 |
| 03/07/2013 | Tuchman, L. | 1.00 |
| 03/07/2013 | Benson, Gregg M | 4.00 |
| 03/08/2013 | Tuchman, L. | 1.25 |
| 03/08/2013 | Benson, Gregg M | 2.25 |
| 03/11/2013 | Tuchman, L. | 1.75 |
| 03/13/2013 | Tuchman, L. | 1.00 |
| 03/13/2013 | Benson, Gregg M | 1.50 |
| 03/18/2013 | Schneider, W.H. | 0.25 |
| 03/18/2013 | Snider, Vassa G | 0.92 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355089**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                              April 22, 2013

RE: General                                                      Invoice#: 734523
Our File Number: 00647/0001                                      PAGE:    2

═══════════════════════════════════════════════════════════════════════════

█████████████████████████████████████████████

03/19/2013  Snider, Vassa G                                              0.42
            ████████████████████████
03/20/2013  Veillette, Rebecca                                          0.33
            Attention to Bernina LLC documentation.
                                                                      ─────────
                                        Total Hours.................  19.59
                            Fees through 03/31/2013.....................  $15,301.05


*---------------------------------TIME AND FEE SUMMARY---------------------------------*
                                    Rate          Hours          Fees
Schneider, W.H.                   $925.00          0.25        $231.25
Tuchman, L.                        920.00          9.92       9,126.40
Benson, Gregg M                    715.00          7.75       5,541.25
Snider, Vassa G                    225.00          1.34        301.50
Veillette, Rebecca                 305.00          0.33        100.65
                                               ──────────   ──────────
            Fees through 03/31/2013...............  19.59      $15,301.05

*----------------------COSTS ADVANCED THROUGH 03/31/2013----------------------*
    Filing Fees/Court Fees                                      $125.00
                                                              ──────────
            Total Costs through 03/31/2013.........................  $125.00

*---------------------------------OUTSTANDING BALANCE---------------------------------*
        Invoice#              Date                          Amount
        731658              03/25/2013                      $481.90
                                                          ──────────
        Prior Balance Due........................................................  $481.90

**KAYE | SCHOLER** LLP

TO:   Argre Management LLC                                          April 22, 2013

**RE:** General                                          **Invoice#:** 734523
**Our File Number:** 00647/0001                          **PAGE:**    3

Fees this Invoice...................................................................   $15,301.05
Costs this Invoice.................................................................      $125.00
Total Due this Invoice..........................................................   $15,426.05
Prior Balance Due (from above)................................................      481.90
**TOTAL DUE**..................................................................   **$15,907.95**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355091**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                   WH_MDL_00355092



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

May 22, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 737633
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 04/08/2013 | Ben-Jacob, Michael    | 1.00      |
| 04/08/2013 | Schneider, W.H.       | 0.50      |
| 04/09/2013 | Ben-Jacob, Michael    | 0.25      |
| 04/09/2013 | Schneider, W.H.       | 0.75      |
| 04/09/2013 | Benson, Gregg M       | 0.50      |
| 04/10/2013 | Ben-Jacob, Michael    | 0.75      |
| 04/10/2013 | Schneider, W.H.       | 0.50      |
| 04/11/2013 | Benson, Gregg M       | 1.50      |
| 04/12/2013 | Schneider, W.H.       | 0.50      |
| 04/15/2013 | Ben-Jacob, Michael    | 0.67      |
| 04/15/2013 | Schneider, W.H.       | 0.25      |
| 04/15/2013 | Benson, Gregg M       | 2.17      |
| 04/16/2013 | Schneider, W.H.       | 0.25      |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

Image Not Available

TO:    Argre Management LLC                                              May 22, 2013

**RE:** General                                                    **Invoice#:** 737633
**Our File Number:** 00647/0001                                    **PAGE:**    2



| Date | Name | Hours |
|---|---|---|
| 04/16/2013 | Benson, Gregg M | 3.00 |
| 04/17/2013 | Ben-Jacob, Michael | 0.42 |
| 04/17/2013 | Schneider, W.H. | 1.00 |
| 04/17/2013 | Benson, Gregg M | 0.50 |
| 04/25/2013 | Ben-Jacob, Michael | 0.17 |
| 04/26/2013 | Ben-Jacob, Michael | 0.08 |
| 04/30/2013 | Ben-Jacob, Michael | 0.17 |

Total Hours................  14.93

Fees through 04/30/2013....................................  $11,602.85

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 3.51 | $2,650.05 |
| Schneider, W.H. | 925.00 | 3.75 | 3,468.75 |
| Benson, Gregg M | 715.00 | 7.67 | 5,484.05 |
| Fees through 04/30/2013............... | | 14.93 | $11,602.85 |

Fees this Invoice................................................................  $11,602.85
**Total Due this Invoice................................................................**  **$11,602.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 737633
Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355095



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    August 26, 2013
        40 West 57th Street
        New York, New York 10019
        alicia@argremgt.com


**RE:** General                                          **Invoice#:** 745613
**Our File Number:**00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

|  |  | **Hours** |
|---|---|---|
| 07/01/2013 | Veillette, Rebecca | 0.42 |
| | ██████████████████████ | |
| 07/22/2013 | Veillette, Rebecca | 1.00 |
| | ████████████████████████████████████████ | |
| 07/25/2013 | Veillette, Rebecca | 0.50 |
| | ██████████████████████████ | |
| 07/29/2013 | Veillette, Rebecca | 0.42 |
| | ████████████████████ | |

Total Hours................. 2.34

Fees through 07/31/2013.................................. $713.70


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 2.34 | $713.70 |
| Fees through 07/31/2013............... | | 2.34 | $713.70 |


Fees this Invoice........................................................................ $713.70

**Total Due this Invoice........................................................** **$713.70**


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355096**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355097**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    September 10, 2013
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

**RE:** General                                              **Invoice#:** 747225
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 08/09/2013 | Ben-Jacob, Michael    | 0.50      |

08/12/2013  Sausen, David                                              1.00
Telephone conference with M. Ben-Jacob re: ex-dividend transactions.

08/15/2013  Veillette, Rebecca                                         1.50

08/16/2013  Sausen, David                                             0.50
████████████████ Telephone conference with M. Ben-Jaocb.

08/21/2013  Veillette, Rebecca                                        1.25

08/26/2013  Ben-Jacob, Michael                                       1.00

08/26/2013  Sausen, David                                            1.50
Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re:
ex-dividend transaction. ████████████████

08/27/2013  Veillette, Rebecca                                        1.25

                                         Total Hours................  8.50

        Fees through 08/31/2013.....................    $4,542.50

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355098**

**KAYE | SCHOLER** LLP

TO:   Argre Management LLC                                September 10, 2013

**RE:** General                                          **Invoice#:** 747225
**Our File Number:** 00647/0001                          **PAGE:**   2

================================================================

|                        | Rate     | Hours | Fees       |
|------------------------|----------|-------|------------|
| Ben-Jacob, Michael     | $755.00  | 1.50  | $1,132.50  |
| Sausen, David          | 730.00   | 3.00  | 2,190.00   |
| Veillette, Rebecca     | 305.00   | 4.00  | 1,220.00   |
| Fees through 08/31/2013............... | | 8.50  | $4,542.50  |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 745613 | 08/26/2013 | $713.70 |
| Prior Balance Due........................................................... | | $713.70 |

| | |
|---|---|
| Fees this Invoice................................................................ | $4,542.50 |
| Total Due this Invoice........................................................ | $4,542.50 |
| Prior Balance Due (from above)................................................. | 713.70 |
| **TOTAL DUE**............................................................... | **$5,256.20** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 747225
Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    October 7, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                         **Invoice#:** 749882
**Our File Number:**00647/0001                              **PAGE:**    1

====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

====================================================================

|  |  | **Hours** |
|---|---|---:|
| 09/10/2013 | Sausen, David | 0.50 |
|  | Emails with A. Larosa re: ex-dividend transaction. |  |
| 09/10/2013 | Veillette, Rebecca | 1.50 |
| 09/11/2013 | Veillette, Rebecca | 1.08 |
| 09/30/2013 | Ben-Jacob, Michael | 0.33 |

Total Hours.................    3.41

Fees through 09/30/2013....................................    $1,401.05

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $755.00 | 0.33 | $249.15 |
| Sausen, David | 730.00 | 0.50 | 365.00 |
| Veillette, Rebecca | 305.00 | 2.58 | 786.90 |
| Fees through 09/30/2013............... |  | 3.41 | $1,401.05 |

Fees this Invoice.........................................................................    $1,401.05

KAYE | SCHOLER LLP

TO:   Argre Management LLC                                      October 7, 2013

    **RE:** General                                      **Invoice#:** 749882
    **Our File Number:** 00647/0001                                      **PAGE:**   2

---

    **Total Due this Invoice**................................................................   **$1,401.05**

        **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 749882
      Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355103



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                November 15, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                          **Invoice#:** 754424
**Our File Number:** 00647/0001                          **PAGE:**    1

====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2013

|                |                                                                    | **Hours** |
|----------------|--------------------------------------------------------------------|-----------|
| 10/06/2013     | Sausen, David                                                      | 3.00      |
|                | Tax research. Prepared email to client re: ex-dividend transaction. |           |
| 10/08/2013     | Sausen, David                                                      | 1.25      |
|                | ██████████████████████ Revised email to client re: ex-dividend transaction. |           |
| 10/09/2013     | Abramowitz, L.                                                     | 0.75      |
|                | ████████████████████████                                          |           |
| 10/09/2013     | Sausen, David                                                      | 1.00      |
|                | ██████████████████████████████████                               |           |
| 10/10/2013     | Sausen, David                                                      | 1.00      |
|                | Discussions with G. Gartner and M. Ben-Jacob. Revised email to client. Email to M. Stein re: ex-dividend transaction. |           |

                                        Total Hours................. 7.00

              Fees through 10/31/2013.................................  $5,245.00


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                  | Rate     | Hours | Fees      |
|------------------|----------|-------|-----------|
| Abramowitz, L.   | $910.00  | 0.75  | $682.50   |
| Sausen, David    | 730.00   | 6.25  | 4,562.50  |
|                  | Fees through 10/31/2013.............. | 7.00 | $5,245.00 |

*-----------------------COSTS ADVANCED THROUGH 10/31/2013-----------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355104**

# KAYE│SCHOLER LLP

TO:    Argre Management LLC                                     November 15, 2013

**RE:** General                                                **Invoice#:** 754424
**Our File Number:** 00647/0001                                **PAGE:**    2

================================================================================

    Consultants/Experts                                    $1,100.00
       Total Costs through 10/31/2013........................    $1,100.00

    Fees this Invoice........................................................    $5,245.00
    Costs this Invoice......................................................    $1,100.00
    **Total Due this Invoice............................................**    **$6,345.00**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 754424
Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 10, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                              **Invoice#:** 756477
**Our File Number:**00647/0001                                **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2013

\*-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------\*

| | |
|---|---|
| Consultants/Experts | $3,000.00 |
| Total Costs through 11/30/2013......................... | $3,000.00 |
| | |
| Costs this Invoice............................................................... | $3,000.00 |
| **Total Due this Invoice...............................................** | **$3,000.00** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355107**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 756477
Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355108**



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    January 13, 2014
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                        **Invoice#:** 760179
**Our File Number:** 00647/0001                            **PAGE:**    1

==========================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2013

==========================================================================

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 12/11/2013 | Sausen, David       | 0.75      |
| 12/12/2013 | Sausen, David       | 0.25      |
| 12/16/2013 | Ben-Jacob, Michael  | 0.25      |
| 12/17/2013 | Sausen, David       | 0.50      |

                                  Total Hours.................    1.75

       Fees through 12/31/2013....................................    $1,283.75

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|                     | Rate      | Hours | Fees       |
|---------------------|-----------|-------|------------|
| Ben-Jacob, Michael  | $755.00   | 0.25  | $188.75    |
| Sausen, David       | 730.00    | 1.50  | 1,095.00   |
|                     | Fees through 12/31/2013............... | 1.75 | $1,283.75 |

       Fees this Invoice.........................................................    $1,283.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# KAYE │ SCHOLER LLP

TO:    Argre Management LLC                                    January 13, 2014

**RE:** General                                    **Invoice#:** 760179
**Our File Number:** 00647/0001                              **PAGE:**    2

========================================================================

**Total Due this Invoice**................................................................    **$1,283.75**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355110**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
　　　　　　　　　Mail Code 81
　　　　　　　　　P. O. Box 11839
　　　　　　　　　Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
　　　　153 East 53rd Street
　　　　New York, New York 10022
　　　　Attention: Marsha Burnett
　　　　Telephone: 212.559.3787

　　　　ABA Routing Number: 021000089
　　　　Bank Identification Code/SWIFT Code: CITIUS33
　　　　Account Name: Kaye Scholer LLP
　　　　Account Number: 9981494431

　　　　RE: Argre Management LLC
　　　　Our File Number: 00647/0001
　　　　Invoice Number: 760179
　　　　Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER　　　　WH_MDL_00355111



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                  February 20, 2014
        40 West 57th Street
        New York, New York  10019
        alicia@argremgt.com

**RE:** General                                **Invoice#:** 762871
**Our File Number:**00647/0001               **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

                                                  **Hours**
                                            ----------
01/29/2014  Veillette, Rebecca                            0.33

                                            ----------
                             Total Hours.................    0.33
                   Fees through 01/31/2014....................................   $103.95

     *----------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $315.00 | 0.33 | $103.95 |
| Fees through 01/31/2014............... | | 0.33 | $103.95 |

      Fees this Invoice.........................................................................   $103.95
      **Total Due this Invoice.............................................................**   **$103.95**

                  **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355112**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 762871
      Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355113**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          July 22, 2014
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                             **Invoice#:** 775031
**Our File Number:**00647/0001                              **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2014

---

|  |  | **Hours** |
|---|---|---|
| 06/13/2014 | Sausen, David | 1.25 |
|  | Telephone conference with Matt and John re: UBTI issues.  Tax research. Telephone conference and emails with G. Weinkam. | |
| 06/17/2014 | Zwick, Mary L | 0.50 |
|  | ██████████████████████████████████ | |
| 06/26/2014 | Culhane, Stephen | 0.33 |
|  | ███████████████ | |
| 06/30/2014 | Culhane, Stephen | 0.25 |
|  | ████████████████████ | |

                                          Total Hours.................  2.33

              Fees through 06/30/2014...................................  $1,815.30

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Culhane, Stephen | $910.00 | 0.58 | $527.80 |
| Sausen, David | 760.00 | 1.25 | 950.00 |
| Zwick, Mary L | 675.00 | 0.50 | 337.50 |
| Fees through 06/30/2014............... | | 2.33 | $1,815.30 |

Fees this Invoice..........................................................  $1,815.30
**Total Due this Invoice............................................**  **$1,815.30**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 775031
Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355115



KAYE | SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                  August 25, 2014
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                            **Invoice#:** 777180
**Our File Number:**00647/0001                             **PAGE:**    1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2014

|            |                                                                                       | **Hours** |
|------------|---------------------------------------------------------------------------------------|-----------|
| 07/02/2014 | Culhane, Stephen                                                                      | 0.33      |
|            | Advisers Act issues with P Wells.                                                     |           |
| 07/08/2014 | Culhane, Stephen                                                                      | 0.67      |
|            | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. |  |
| 07/09/2014 | Culhane, Stephen                                                                      | 0.50      |
|            | Telcon with Matt Stein.                                                               |           |
| 07/10/2014 | Culhane, Stephen                                                                      | 0.33      |
|            | Conference with M Ben-Jacob.                                                          |           |

Total Hours................. 1.83

Fees through 07/31/2014.................................. $1,665.30

\*---------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                  | Rate     | Hours | Fees      |
|------------------|----------|-------|-----------|
| Culhane, Stephen | $910.00  | 1.83  | $1,665.30 |
| Fees through 07/31/2014............... | | 1.83 | $1,665.30 |

Fees this Invoice......................................................... $1,665.30
**Total Due this Invoice...............................................** **$1,665.30**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355116**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
                Mail Code 81
                P. O. Box 11839
                Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 777180
      Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE|SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com

September 24, 2014

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 780144
**PAGE:**    1

====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2014

====================================================================

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 08/22/2014 | Golub, Elizabeth     | 0.33      |
| 08/26/2014 | Golub, Elizabeth     | 0.33      |
| 08/28/2014 | Ben-Jacob, Michael   | 0.17      |
| 08/28/2014 | Wells, Peter B       | 4.00      |
| 08/29/2014 | Wells, Peter B       | 1.67      |

Total Hours.................  6.50

Fees through 08/31/2014.....................................  $4,258.90

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Ben-Jacob, Michael  | $785.00  | 0.17  | $133.45   |
| Wells, Peter B      | 695.00   | 5.67  | 3,940.65  |
| Golub, Elizabeth    | 280.00   | 0.66  | 184.80    |
| Fees through 08/31/2014............... | | 6.50  | $4,258.90 |

*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------*

| Corp. Filings & Searches              | $484.50 |
|---------------------------------------|---------|
| Total Costs through 08/31/2014......................... | $484.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

WH_MDL_00355118

**KAYE | SCHOLER** LLP

TO:     Argre Management LLC                                                September 24, 2014

**RE:** General                                                               **Invoice#:** 780144
**Our File Number:** 00647/0001                                               **PAGE:**    2

---

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due........................................................................ | | $1,665.30 |

| | | |
|---|---|---|
| Fees this Invoice.......................................................................... | | $4,258.90 |
| Costs this Invoice......................................................................... | | $484.50 |
| Total Due this Invoice.................................................................. | | $4,743.40 |
| Prior Balance Due (from above).................................................. | | 1,665.30 |
| **TOTAL DUE**............................................................................ | | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355119**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 780144
Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355120**



**KAYE | SCHOLER** LLP

250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                              November 14, 2014
        40 West 57th Street Suite 1610
        New York, New York 10019
        acolodner@maplept.com

**RE:** General                                          **Invoice#:** 783712
**Our File Number:**00647/0001                           **PAGE:**    1

===========================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2014

===========================================================================

| | | **Hours** |
|---|---|---|
| 08/12/2014 | Ben-Jacob, Michael | 0.42 |
| 09/04/2014 | Ben-Jacob, Michael | 0.50 |
| 09/09/2014 | Ben-Jacob, Michael | 0.50 |
| 09/11/2014 | Ben-Jacob, Michael | 0.75 |
| 09/22/2014 | Ben-Jacob, Michael | 1.50 |
| 09/22/2014 | Wells, Peter B | 1.58 |
| | Call with group re general plan issues. | |
| 09/25/2014 | Wells, Peter B | 1.50 |
| 09/29/2014 | Ben-Jacob, Michael | 0.50 |
| | Conference with Peter re: structuring dissolution of plans and payments to Adam. | |
| 09/29/2014 | Wells, Peter B | 2.50 |
| 09/30/2014 | Wells, Peter B | 2.17 |
| 10/01/2014 | Wells, Peter B | 0.75 |
| 10/09/2014 | Wells, Peter B | 0.83 |
| | Work on issues related to new plans. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355121**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                              November 14, 2014

**RE:** General                                                          **Invoice#:** 783712
**Our File Number:** 00647/0001                                          **PAGE:**   2

==========================================================================

| Date | Name | | Hours |
|---|---|---|---|
| 10/10/2014 | Wells, Peter B | | 0.50 |
| | Work on new plan matters. | | |
| 10/12/2014 | Ben-Jacob, Michael | ███████████████ | 1.58 |
| 10/13/2014 | Wells, Peter B | ████████████ | 1.58 |
| 10/14/2014 | Ben-Jacob, Michael | ███████████ | 0.17 |
| 10/14/2014 | Wells, Peter B | █████████████ | 1.00 |
| 10/20/2014 | Veillette, Rebecca | ██████████████ | 0.50 |

Total Hours................ 18.83

Fees through 10/31/2014.................................... $13,429.65

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 5.92 | $4,647.20 |
| Wells, Peter B | 695.00 | 12.41 | 8,624.95 |
| Veillette, Rebecca | 315.00 | 0.50 | 157.50 |
| Fees through 10/31/2014............... | | 18.83 | $13,429.65 |

Fees this Invoice......................................................................... $13,429.65
**Total Due this Invoice.................................................................** **$13,429.65**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355122**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
          Mail Code 81
          P. O. Box 11839
          Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
          153 East 53rd Street
          New York, New York 10022
          Attention: Marsha Burnett
          Telephone: 212.559.3787

          ABA Routing Number: 021000089
          Bank Identification Code/SWIFT Code: CITIUS33
          Account Name: Kaye Scholer LLP
          Account Number: 9981494431

          RE: Argre Management LLC
          Our File Number: 00647/0001
          Invoice Number: 783712
          Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER              WH_MDL_00355123



**KAYE|SCHOLER** LLP

250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 24, 2014
       40 West 57th Street Suite 1610
       New York, New York 10019
       acolodner@maplept.com

**RE:** General                                          **Invoice#:** 786881
**Our File Number:**00647/0001                           **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2014

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 10/21/2014 | Ben-Jacob, Michael     | 0.67      |
| 11/24/2014 | Culhane, Stephen       | 0.25      |
|            | Total Hours.............. | 0.92    |
|            | Fees through 11/30/2014................................. $753.45 | |

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    December 24, 2014

**RE:** General                                              **Invoice#:** 786881
**Our File Number:** 00647/0001                              **PAGE:**    2

===================================================================

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                              | Rate      | Hours | Fees       |
|------------------------------|-----------|-------|------------|
| Ben-Jacob, Michael           | $785.00   | 0.67  | $525.95    |
| Culhane, Stephen             | 910.00    | 0.25  | 227.50     |
| Fees through 11/30/2014...............  |           | 0.92  | $753.45    |

Fees this Invoice........................................................    $753.45

**Total Due this Invoice..............................................**    **$753.45**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355125**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
       153 East 53rd Street
       New York, New York 10022
       Attention: Marsha Burnett
       Telephone: 212.559.3787

       ABA Routing Number: 021000089
       Bank Identification Code/SWIFT Code: CITIUS33
       Account Name: Kaye Scholer LLP
       Account Number: 9981494431

       RE: Argre Management LLC
       Our File Number: 00647/0001
       Invoice Number: 786881
       Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER      WH_MDL_00355126



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    February 19, 2015
     40 West 57th Street Suite 1610
     New York, New York  10019
     acolodner@maplept.com

**RE:** General                                          **Invoice#:** 791361
**Our File Number:**00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2014

|  |  | **Hours** |
|---|---|---|
| 12/12/2014 | Wells, Peter B | 1.25 |

                                          Total Hours................  1.25
                  Fees through 12/31/2014..................    $868.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $695.00 | 1.25 | $868.75 |
| Fees through 12/31/2014............... | | 1.25 | $868.75 |

Fees this Invoice.........................................................    $868.75
**Total Due this Invoice.............................................**    **$868.75**

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 791361
      Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355128**

# Arnold&Porter

Argre Management LLC
Argre Management LLC
40 West 57th Street Suite 1610
New York, New York 10019
acolodner@maplept.com
, NY

March 30, 2015
Invoice # 2794345
EIN 53-0208605

**Client/Matter # 1000647.00001**

General

**For Legal Services Rendered through February 28, 2015**    137.70

**Total Amount Due**    $    137.70

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA 94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**    Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD 21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact: Invoice@arnoldporter.com

March 30, 2015                                                                    Invoice # 2794345

**(1000647.00001)**
General

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| Subtotal: | **0.17** | | **137.70** |
| TOTAL | **0.17** | | **137.70** |

**Total Current Amount Due**                                                     **$137.70**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355130**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                        July 31, 2015
      40 West 57th Street Suite 1610
      New York, New York  10019
      acolodner@maplept.com

**RE:** General                                    **Invoice#:** 805139
**Our File Number:**00647/0001                      **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2015

|  |  | **Hours** |
|---|---|---|
| 04/16/2015 | Veillette, Rebecca | 1.20 |
|  | Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same.  Interoffice conferences. |  |
| 04/22/2015 | Veillette, Rebecca | 1.30 |
|  | Attention to FBAR questions. |  |
| 04/24/2015 | Veillette, Rebecca | 0.45 |
|  | Attention to FBAR matters. |  |
| 05/05/2015 | Veillette, Rebecca | 0.40 |
|  | Attention to FBAR matters. |  |
| 05/07/2015 | Veillette, Rebecca | 0.45 |
|  | Attention to foreign bank account reporting matters.  Interoffice conferences regarding same. |  |
| 05/08/2015 | Veillette, Rebecca | 0.20 |
|  | Attention to 2013 FBAR information. |  |
| 05/13/2015 | Veillette, Rebecca | 0.45 |
|  | Attention to foreign tax reporting matters. |  |

Total Hours.................  4.45

Fees through 06/30/2015....................................  $1,446.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355131**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                    July 31, 2015

**RE:** General                                              **Invoice#:** 805139
**Our File Number:** 00647/0001                              **PAGE:**   2

=====================================================================

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                      | Rate      | Hours | Fees       |
|----------------------|-----------|-------|------------|
| Veillette, Rebecca   | $325.00   | 4.45  | $1,446.25  |
| Fees through 06/30/2015............... |  | 4.45  | $1,446.25  |

Fees this Invoice.........................................................................    $1,446.25
**Total Due this Invoice...............................................................**    **$1,446.25**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355132**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
      Mail Code 81
      P. O. Box 11839
      Newark, New Jersey 07101-8138


## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
   153 East 53rd Street
   New York, New York 10022
   Attention: Marsha Burnett
   Telephone: 212.559.3787

   ABA Routing Number: 021000089
   Bank Identification Code/SWIFT Code: CITIUS33
   Account Name: Kaye Scholer LLP
   Account Number: 9981494431

   RE: Argre Management LLC
   Our File Number: 00647/0001
   Invoice Number: 805139
   Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355133



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      August 21, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                          **Invoice#:** 807022
**Our File Number:**00647/0001                              **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2015

**Hours**

07/14/2015  Golub, Elizabeth                                          0.25

                                                   ----------

                                    Total Hours................     0.25

              Fees through 07/31/2015....................    $70.00

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Golub, Elizabeth | $280.00 | 0.25 | $70.00 |
| Fees through 07/31/2015............... | | 0.25 | $70.00 |

\*----------------------COSTS ADVANCED THROUGH 07/31/2015----------------------\*

Corp. Filings & Searches                                     $250.50
                                                   -------------------
       Total Costs through 07/31/2015........................    $250.50

Fees this Invoice.........................................................    $70.00
Costs this Invoice.......................................................    $250.50
**Total Due this Invoice...............................................**    **$320.50**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355134**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Christopher Kary
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 807022
Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355135