# Exhibit 41

PETER WELLS
EXHIBIT 3121
05 - 27 - 2021

## MONTHLY REPORT TO FEDERAL RESERVE BANKS

# PURCHASES AND SALES OF LONG-TERM SECURITIES BY FOREIGN-RESIDENTS

**FORM S**

**DEPARTMENT OF THE TREASURY**

Office of the Assistant Secretary for International Affairs

Revised December 2013
Approval expires June 30, 2017
OMB Control 1505-0001

Please type or print:

**Name of Reporting Entity:**
Edgepoint Capital LLC Roth 401(K) Plan

**ID Number:**
4846493

**As-of Date:**
March 31, 2015

**Name of Contact if We Have Questions:**
Michael Ben-Jacob

**Contact's Phone Number:**
212-836-8310

**Name and Title of Officer Authorized to Sign Report:**
Michael Ben-Jacob, Authorized Person

Please read carefully and sign below:

I, [signature] authorized person
(Signature of Officer Authorized to Sign Report)
of the reporting institution do hereby declare that the Treasury International Capital S Report for this report date has been prepared in conformance with the instructions and is true to the best of my knowledge and belief.

**Legal basis and confidentiality statement:**

This report is required by law (22 U.S.C. 286f; 22 U.S.C. 3103; E.O. 11961; E.O. 10033; 31 C.F.R. 128.1 (a)). Failure to report can result in a civil penalty of not less than $2,500 and not more than $25,000. Willful failure to report can result in criminal prosecution and upon conviction a fine of not more than $10,000; and, if an individual, imprisonment for not more than one year, or both. Any officer, director, employee, or agent of any corporation who knowingly participates in such violation may, upon conviction, be punished by a like fine, imprisonment, or both (22 U.S.C. 3105 (a), (b), and (c); 31 C.F.R. 128.4 (a) and (b)).

Data reported on these forms will be held in confidence by the Department of the Treasury, the Board of Governors of the Federal Reserve System, and the Federal Reserve Banks acting as fiscal agents for the Treasury. The data reported by individual respondents will not be published or otherwise publicly disclosed; information may be given to other Federal agencies, insofar as authorized by applicable law (44 U.S.C. 3501 et seq.; 22 U.S.C. 3101 et seq.). Aggregate data derived from reports on these forms may be published or otherwise disclosed only in a manner that will not reveal the amounts reported by any individual respondent.

Note: No person is required to respond to any U.S. Government collection of information unless the form displays a currently valid control number assigned by the Office of Management and Budget (OMB).

**Important Notes:**

1. Before preparing this report, please read the General and Specific Instructions carefully.

2. Additional copies of this form, the instructions, and the answers to Frequently Asked Questions can be obtained at our web site: http://www.treasury.gov/resource-center/data-chart-center/tic/Pages/forms.aspx

3. This report is due no later than the fifteenth calendar day following the last day of the month.

4. Amounts should be reported in millions of U.S. dollars as of the close of the last business day of the month.

KLUGMAN00025928

| FOREIGN COUNTRIES | CODE | Purchases and Sales of Domestic Securities ||||||||  Purchases and Sales of Foreign Securities ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES || BONDS OF U.S. GOV T CORPORATIONS AND FEDERALLY SPONSORED AGENCIES || U.S. CORPORATE AND OTHER BONDS || U.S. EQUITIES || FOREIGN BONDS || FOREIGN EQUITIES ||
| | | PURCHASES (1) Millions | SALES (2) Millions | PURCHASES (3) Millions | SALES (4) Millions | PURCHASES (5) Millions | SALES (6) Millions | PURCHASES (7) Millions | SALES (8) Millions | PURCHASES (9) Millions | SALES (10) Millions | PURCHASES (11) Millions | SALES (12) Millions |
| Europe | | | | | | | | | | | | | |
| Albania | 1510-5 | | | | | | | | | | | | |
| Andorra | 1010-3 | | | | | | | | | | | | |
| Armenia | 1651-9 | | | | | | | | | | | | |
| Austria | 1018-9 | | | | | | | | | | | | |
| Azerbaijan | 1652-7 | | | | | | | | | | | | |
| Bank for Int l Settlements | 1330-7 | | | | | | | | | | | | |
| Belarus | 1620-9 | | | | | | | | | | | | |
| Belgium | 1025-1 | | | | | | | | | | | | |
| Bosnia and Herzegovina | 1410-9 | | | | | | | | | | | | |
| Bulgaria | 1520-2 | | | | | | | | | | | | |
| Croatia | 1421-4 | | | | | | | | | | | | |
| Cyprus | 1040-5 | | | | | | | | | | | | |
| Czech Republic | 1528-8 | | | | | | | | | | | | |
| Denmark | 1050-2 | | | | | | | | | | | | |
| Estonia | 1540-7 | | | | | | | | | | | | |
| European Central Bank | 1350-1 | | | | | | | | | | | | |
| Faroe Islands | 1061-8 | | | | | | | | | | | | |
| Finland | 1070-7 | | | | | | | | | | | | |
| France | 1080-4 | | | | | | | | | | | | |
| Georgia | 1653-5 | | | | | | | | | | | | |
| Germany | 1100-2 | | | | | | | | | | | | |
| Gibraltar | 1108-8 | | | | | | | | | | | | |
| Greece | 1120-7 | | | | | | | | | | | | |
| Greenland | 1054-5 | | | | | | | | | | | | |
| Guernsey | 1300-6 | | | | | | | | | | | | |
| Holy See | 1310-2 | | | | | | | | | | | | |
| Hungary | 1550-4 | | | | | | | | | | | | |
| Iceland | 1130-4 | | | | | | | | | | | | |
| Ireland | 1140-1 | | | | | | | | | | | | |
| Isle of Man | 1300-8 | | | | | | | | | | | | |

KLUGMAN00025929

| FOREIGN COUNTRIES | CODE | Purchases and Sales of Domestic Securities ||||||||Purchases and Sales of Foreign Securities||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES || BONDS OF U.S. GOV'T CORPORATIONS AND FEDERALLY SPONSORED AGENCIES || U.S. CORPORATE AND OTHER BONDS || U.S. EQUITIES || FOREIGN BONDS || FOREIGN EQUITIES ||
| | | PURCHASES (1) Millions | SALES (2) Millions | PURCHASES (3) Millions | SALES (4) Millions | PURCHASES (5) Millions | SALES (6) Millions | PURCHASES (7) Millions | SALES (8) Millions | PURCHASES (9) Millions | SALES (10) Millions | PURCHASES (11) Millions | SALES (12) Millions |
| Europe (Cont.) | | | | | | | | | | | | | |
| Italy | 1150-9 | | | | | | | | | | | | |
| Jersey | 1300-7 | | | | | | | | | | | | |
| Kazakhstan | 1654-3 | | | | | | | | | | | | |
| Kosovo | 1347-1 | | | | | | | | | | | | |
| Kyrgyzstan | 1655-1 | | | | | | | | | | | | |
| Latvia | 1560-1 | | | | | | | | | | | | |
| Liechtenstein | 1160-6 | | | | | | | | | | | | |
| Lithuania | 1570-9 | | | | | | | | | | | | |
| Luxembourg | 1170-3 | | | | | | | | | | | | |
| Macedonia | 1441-9 | | | | | | | | | | | | |
| Malta | 1181-9 | | | | | | | | | | | | |
| Moldova | 1630-6 | | | | | | | | | | | | |
| Monaco | 1200-9 | | | | | | | | | | | | |
| Montenegro | 1362-5 | | | | | | | | | | | | |
| Netherlands | 1210-6 | | | | | | | | | | | | |
| Norway | 1220-3 | | | | | | | | | | | | |
| Poland | 1576-8 | | | | | | | | | | | | |
| Portugal | 1231-9 | | | | | | | | | | | | |
| Romania | 1580-6 | | | | | | | | | | | | |
| Russia | 1610-1 | | | | | | | | | | | | |
| San Marino | 1240-8 | | | | | | | | | | | | |
| Serbia | 1321-8 | | | | | | | | | | | | |
| Slovakia | 1531-8 | | | | | | | | | | | | |
| Slovenia | 1433-8 | | | | | | | | | | | | |
| Spain | 1250-5 | | | | | | | | | | | | |
| Sweden | 1260-2 | | | | | | | | | | | | |
| Switzerland | 1268-8 | | | | | | | | | | | | |
| Tajikistan | 1657-8 | | | | | | | | | | | | |
| Turkey | 1280-7 | | | | | | | | | | | | |
| Turkmenistan | 1661-6 | | | | | | | | | | | | |
| Ukraine | 1640-3 | | | | | | | | | | | | |
| United Kingdom | 1300-S | | | | | | | | | | | 0 | 596 |
| Uzbekistan | 1670-5 | | | | | | | | | | | | |
| Total Europe | 1999-2 | | | | | | | | | | | 0 | 596 |

KLUGMAN00025930

TIC Form S Page 4 of 1

| FOREIGN COUNTRIES | CODE | Purchases and Sales of Domestic Securities ||||||||Purchases and Sales of Foreign Securities ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES || BONDS OF U.S. GOV'T CORPORATIONS AND FEDERALLY SPONSORED AGENCIES || U.S. CORPORATE AND OTHER BONDS || U.S. EQUITIES || FOREIGN BONDS || FOREIGN EQUITIES ||
| | | PURCHASES (1) Millions | SALES (2) Millions | PURCHASES (3) Millions | SALES (4) Millions | PURCHASES (5) Millions | SALES (6) Millions | PURCHASES (7) Millions | SALES (8) Millions | PURCHASES (9) Millions | SALES (10) Millions | PURCHASES (11) Millions | SALES (12) Millions |
| Canada | 2999-8 | | | | | | | | | | | | |
| **Latin America** | | | | | | | | | | | | | |
| Argentina | 3010-4 | | | | | | | | | | | | |
| Belize | 3571-8 | | | | | | | | | | | | |
| Bolivia | 3020-1 | | | | | | | | | | | | |
| Brazil | 3030-9 | | | | | | | | | | | | |
| Chile | 3040-6 | | | | | | | | | | | | |
| Colombia | 3050-3 | | | | | | | | | | | | |
| Costa Rica | 3058-9 | | | | | | | | | | | | |
| Ecuador | 3100-3 | | | | | | | | | | | | |
| El Salvador | 3108-9 | | | | | | | | | | | | |
| Falkland Islands | 3630-7 | | | | | | | | | | | | |
| French Guiana | 3640-4 | | | | | | | | | | | | |
| Guatemala | 3120-8 | | | | | | | | | | | | |
| Guyana | 3130-5 | | | | | | | | | | | | |
| Honduras | 3148-8 | | | | | | | | | | | | |
| Mexico | 3170-4 | | | | | | | | | | | | |
| Nicaragua | 3180-1 | | | | | | | | | | | | |
| Panama | 3188-7 | | | | | | | | | | | | |
| Paraguay | 3210-7 | | | | | | | | | | | | |
| Peru | 3220-4 | | | | | | | | | | | | |
| Suriname | 3770-2 | | | | | | | | | | | | |
| Uruguay | 3260-3 | | | | | | | | | | | | |
| Venezuela | 3271-9 | | | | | | | | | | | | |
| Total Latin America | 3994-2 | | | | | | | | | | | | |
| **Caribbean** | | | | | | | | | | | | | |
| Anguilla | 3022-8 | | | | | | | | | | | | |
| Antigua and Barbuda | 3520-3 | | | | | | | | | | | | |
| Aruba | 3525-4 | | | | | | | | | | | | |
| Bahamas | 3531-9 | | | | | | | | | | | | |
| Barbados | 3015-5 | | | | | | | | | | | | |

| FOREIGN COUNTRIES | CODE | Purchases and Sales of Domestic Securities ||||||||  Purchases and Sales of Foreign Securities ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES || BONDS OF U.S. GOV'T CORPORATIONS AND FEDERALLY SPONSORED AGENCIES || U.S. CORPORATE AND OTHER BONDS || U.S. EQUITIES || FOREIGN BONDS || FOREIGN EQUITIES ||
| | | PURCHASES (1) Millions | SALES (2) Millions | PURCHASES (3) Millions | SALES (4) Millions | PURCHASES (5) Millions | SALES (6) Millions | PURCHASES (7) Millions | SALES (8) Millions | PURCHASES (9) Millions | SALES (10) Millions | PURCHASES (11) Millions | SALES (12) Millions |
| Caribbean (Cont.) | | | | | | | | | | | | | |
| Bermuda | 3560-2 | | | | | | | | | | | | |
| Bonaire, St Eustatius & Saba | 3616-1 | | | | | | | | | | | | |
| Cayman Islands | 3613-7 | | | | | | | | | | | | |
| Cuba | 3070-8 | | | | | | | | | | | | |
| Curaçao | 3618-8 | | | | | | | | | | | | |
| Dominica | 3621-8 | | | | | | | | | | | | |
| Dominican Republic | 3080-5 | | | | | | | | | | | | |
| Eastern Caribbean Central Bank | 3541-6 | | | | | | | | | | | | |
| Grenada | 3670-6 | | | | | | | | | | | | |
| Guadeloupe (and smaller French islands) | 3680-3 | | | | | | | | | | | | |
| Haiti | 3140-2 | | | | | | | | | | | | |
| Jamaica | 3160-7 | | | | | | | | | | | | |
| Martinique | 3700-1 | | | | | | | | | | | | |
| Montserrat | 3710-9 | | | | | | | | | | | | |
| St. Barthelemy and St. Martin | 3647-1 | | | | | | | | | | | | |
| St. Kitts and Nevis | 3730-3 | | | | | | | | | | | | |
| St. Lucia | 3750-8 | | | | | | | | | | | | |
| St. Maarten | 3619-6 | | | | | | | | | | | | |
| St. Vincent & the Grenadines | 3760-5 | | | | | | | | | | | | |
| Trinidad and Tobago | 3240-9 | | | | | | | | | | | | |
| Turks and Caicos Islands | 3781-8 | | | | | | | | | | | | |
| Virgin Islands, British | 3580-7 | | | | | | | | | | | | |
| Total Caribbean | 3440-1 | | | | | | | | | | | | |
| Asia | | | | | | | | | | | | | |
| Afghanistan | 4040-1 | | | | | | | | | | | | |
| Bahrain | 4070-3 | | | | | | | | | | | | |
| Bangladesh | 4074-6 | | | | | | | | | | | | |
| Bhutan | 4081-9 | | | | | | | | | | | | |
| Brunei | 4100-9 | | | | | | | | | | | | |
| Burma | 4110-6 | | | | | | | | | | | | |
| Cambodia | 4120-3 | | | | | | | | | | | | |
| China, Mainland | 4140-8 | | | | | | | | | | | | |

KLUGMAN00025932

TIC Form S Page 6 of :

| FOREIGN COUNTRIES | CODE | Purchases and Sales of Domestic Securities ||||||||  Purchases and Sales of Foreign Securities ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES || BONDS OF U.S. GOV'T CORPORATIONS AND FEDERALLY SPONSORED AGENCIES || U.S. CORPORATE AND OTHER BONDS || U.S. EQUITIES || FOREIGN BONDS || FOREIGN EQUITIES ||
| | | PURCHASES (1) Millions | SALES (2) Millions | PURCHASES (3) Millions | SALES (4) Millions | PURCHASES (5) Millions | SALES (6) Millions | PURCHASES (7) Millions | SALES (8) Millions | PURCHASES (9) Millions | SALES (10) Millions | PURCHASES (11) Millions | SALES (12) Millions |
| Asia (Cont.) East Timor | 4500-4 | | | | | | | | | | | | |
| Hong Kong | 4200-5 | | | | | | | | | | | | |
| India | 4210-2 | | | | | | | | | | | | |
| Indonesia | 4221-8 | | | | | | | | | | | | |
| Iran | 4230-7 | | | | | | | | | | | | |
| Iraq | 4240-4 | | | | | | | | | | | | |
| Israel | 4250-1 | | | | | | | | | | | | |
| Japan | 4260-9 | | | | | | | | | | | | |
| Jordan | 4270-6 | | | | | | | | | | | | |
| Korea, North | 4440-7 | | | | | | | | | | | | |
| Korea, South | 4300-1 | | | | | | | | | | | | |
| Kuwait | 4310-9 | | | | | | | | | | | | |
| Laos | 4330-3 | | | | | | | | | | | | |
| Lebanon | 4341-9 | | | | | | | | | | | | |
| Macau | 4350-8 | | | | | | | | | | | | |
| Malaysia | 4360-5 | | | | | | | | | | | | |
| Maldives | 4370-2 | | | | | | | | | | | | |
| Mongolia | 4381-8 | | | | | | | | | | | | |
| Nepal | 4420-2 | | | | | | | | | | | | |
| Oman | 4410-5 | | | | | | | | | | | | |
| Pakistan | 4470-9 | | | | | | | | | | | | |
| Philippines | 4480-6 | | | | | | | | | | | | |
| Qatar | 4510-1 | | | | | | | | | | | | |
| Saudi Arabia | 4560-8 | | | | | | | | | | | | |
| Singapore | 4601-9 | | | | | | | | | | | | |
| Sri Lanka | 4131-9 | | | | | | | | | | | | |
| Syria | 4620-5 | | | | | | | | | | | | |
| Taiwan | 4630-2 | | | | | | | | | | | | |
| Thailand | 4641-8 | | | | | | | | | | | | |
| United Arab Emirates (Trucial States) | 4660-4 | | | | | | | | | | | | |
| Vietnam | 4690-6 | | | | | | | | | | | | |
| West Bank & Gaza | 4720-1 | | | | | | | | | | | | |
| Yemen | 4710-4 | | | | | | | | | | | | |
| Total Asia | 4999-9 | | | | | | | | | | | | |

KLUGMAN00025933

TIC Form S Page 7 of :

| FOREIGN COUNTRIES | CODE | Purchases and Sales of Domestic Securities ||||||||  Purchases and Sales of Foreign Securities ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES || BONDS OF U.S. GOV'T CORPORATIONS AND FEDERALLY SPONSORED AGENCIES || U.S. CORPORATE AND OTHER BONDS || U.S. EQUITIES || FOREIGN BONDS || FOREIGN EQUITIES ||
| | | PURCHASES (1) Millions | SALES (2) Millions | PURCHASES (3) Millions | SALES (4) Millions | PURCHASES (5) Millions | SALES (6) Millions | PURCHASES (7) Millions | SALES (8) Millions | PURCHASES (9) Millions | SALES (10) Millions | PURCHASES (11) Millions | SALES (12) Millions |
| Africa | | | | | | | | | | | | | |
| Algeria | 5010-S | | | | | | | | | | | | |
| Angola | 5020-2 | | | | | | | | | | | | |
| Bank of Central African States (BEAC) | 5031-8 | | | | | | | | | | | | |
| Benin | 5180-2 | | | | | | | | | | | | |
| Botswana | 5050-4 | | | | | | | | | | | | |
| Burkina Faso | 5711-8 | | | | | | | | | | | | |
| Burundi | 5080-6 | | | | | | | | | | | | |
| Cameroon | 5100-4 | | | | | | | | | | | | |
| Cape Verde | 5120-9 | | | | | | | | | | | | |
| Central African Republic | 5130-6 | | | | | | | | | | | | |
| Central Bank of West African States (BCEAO) | 5064-4 | | | | | | | | | | | | |
| Chad | 5140-3 | | | | | | | | | | | | |
| Comoros | 5151-9 | | | | | | | | | | | | |
| Congo (Brazzaville) | 5160-8 | | | | | | | | | | | | |
| Congo (Kinshasa) | 5170-5 | | | | | | | | | | | | |
| Cote d'Ivoire (Ivory Coast) | 5300-7 | | | | | | | | | | | | |
| Djibouti | 5230-2 | | | | | | | | | | | | |
| Egypt | 5700-2 | | | | | | | | | | | | |
| Equatorial Guinea | 5194-2 | | | | | | | | | | | | |
| Eritrea | 5201-9 | | | | | | | | | | | | |
| Ethiopia | 5210-8 | | | | | | | | | | | | |
| Gabon | 5241-8 | | | | | | | | | | | | |
| Gambia, The | 5250-7 | | | | | | | | | | | | |
| Ghana | 5260-4 | | | | | | | | | | | | |
| Guinea | 5270-1 | | | | | | | | | | | | |
| Guinea-Bissau | 5440-2 | | | | | | | | | | | | |
| Kenya | 5310-4 | | | | | | | | | | | | |
| Lesotho | 5315-5 | | | | | | | | | | | | |
| Liberia | 5320-1 | | | | | | | | | | | | |
| Libya | 5330-9 | | | | | | | | | | | | |

KLUGMAN00025934

TIC Form S Page 8 of :

| FOREIGN COUNTRIES | CODE | Purchases and Sales of Domestic Securities ||||||||  Purchases and Sales of Foreign Securities ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES || BONDS OF U.S. GOV'T CORPORATIONS AND FEDERALLY SPONSORED AGENCIES || U.S. CORPORATE AND OTHER BONDS || U.S. EQUITIES || FOREIGN BONDS || FOREIGN EQUITIES ||
| | | PURCHASES (1) Millions | SALES (2) Millions | PURCHASES (3) Millions | SALES (4) Millions | PURCHASES (5) Millions | SALES (6) Millions | PURCHASES (7) Millions | SALES (8) Millions | PURCHASES (9) Millions | SALES (10) Millions | PURCHASES (11) Millions | SALES (12) Millions |
| Africa (Cont.) Madagascar | 5340-6 | | | | | | | | | | | | |
| Malawi | 5350-3 | | | | | | | | | | | | |
| Mali | 5358-9 | | | | | | | | | | | | |
| Mauritania | 5370-8 | | | | | | | | | | | | |
| Mauritius | 5380-5 | | | | | | | | | | | | |
| Mayotte | 5451-8 | | | | | | | | | | | | |
| Morocco | 5400-3 | | | | | | | | | | | | |
| Mozambique | 5408-9 | | | | | | | | | | | | |
| Namibia | 5412-7 | | | | | | | | | | | | |
| Niger | 5420-8 | | | | | | | | | | | | |
| Nigeria | 5430-5 | | | | | | | | | | | | |
| Réunion | 5460-7 | | | | | | | | | | | | |
| Rwanda | 5501-8 | | | | | | | | | | | | |
| Saint Helena | 5510-7 | | | | | | | | | | | | |
| Sao Tome & Principe | 5520-4 | | | | | | | | | | | | |
| Senegal | 5530-1 | | | | | | | | | | | | |
| Seychelles | 5540-9 | | | | | | | | | | | | |
| Sierra Leone | 5550-6 | | | | | | | | | | | | |
| Somalia | 5560-3 | | | | | | | | | | | | |
| South Africa | 5571-9 | | | | | | | | | | | | |
| South Sudan | 5339-2 | | | | | | | | | | | | |
| Sudan | 5610-3 | | | | | | | | | | | | |
| Swaziland | 5621-9 | | | | | | | | | | | | |
| Tanzania | 5640-5 | | | | | | | | | | | | |
| Togo | 5650-2 | | | | | | | | | | | | |
| Tunisia | 5670-7 | | | | | | | | | | | | |
| Uganda | 5680-4 | | | | | | | | | | | | |
| Western Sahara | 5600-6 | | | | | | | | | | | | |
| Zambia | 5720-7 | | | | | | | | | | | | |
| Zimbabwe | 5470-4 | | | | | | | | | | | | |
| Total Africa | 5999-4 | | | | | | | | | | | | |

KLUGMAN00025935

| FOREIGN COUNTRIES | | Purchases and Sales of Domestic Securities | | | | | | | | Purchases and Sales of Foreign Securities | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOV'T CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | FOREIGN BONDS | | FOREIGN EQUITIES | |
| | | PURCHASES (1) | SALES (2) | PURCHASES (3) | SALES (4) | PURCHASES (5) | SALES (6) | PURCHASES (7) | SALES (8) | PURCHASES (9) | SALES (10) | PURCHASES (11) | SALES (12) |
| | CODE | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| **Other Countries** | | | | | | | | | | | | | |
| Australia | 6008-9 | | | | | | | | | | | | |
| British Indian Ocean Territory | 6020-8 | | | | | | | | | | | | |
| Cook Islands | 6040-2 | | | | | | | | | | | | |
| Fiji | 6060-7 | | | | | | | | | | | | |
| French Polynesia | 6070-4 | | | | | | | | | | | | |
| Kiribati | 6052-6 | | | | | | | | | | | | |
| Marshall Islands | 6120-4 | | | | | | | | | | | | |
| Micronesia, Federated States of | 6030-5 | | | | | | | | | | | | |
| Nauru | 6130-1 | | | | | | | | | | | | |
| New Caledonia | 6140-9 | | | | | | | | | | | | |
| New Zealand | 6168-9 | | | | | | | | | | | | |
| Niue | 6180-8 | | | | | | | | | | | | |
| Palau | 6250-2 | | | | | | | | | | | | |
| Papua New Guinea | 6175-1 | | | | | | | | | | | | |
| Pitcairn Islands | 6210-3 | | | | | | | | | | | | |
| St. Pierre and Miquelon | 6221-9 | | | | | | | | | | | | |
| Samoa | 6261-8 | | | | | | | | | | | | |
| Solomon Islands | 6230-8 | | | | | | | | | | | | |
| Tokelau Islands | 6240-5 | | | | | | | | | | | | |
| Tonga | 6244-8 | | | | | | | | | | | | |
| Tuvalu | 6051-8 | | | | | | | | | | | | |
| Vanuatu | 6160-3 | | | | | | | | | | | | |
| Wallis and Futuna | 6011-9 | | | | | | | | | | | | |
| Total All Other Countries | 6990-6 | | | | | | | | | | | | |

KLUGMAN00025936

| FOREIGN COUNTRIES | CODE | Purchases and Sales of Domestic Securities ||||||||| Purchases and Sales of Foreign Securities ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES || BONDS OF U.S. GOV'T CORPORATIONS AND FEDERALLY SPONSORED AGENCIES || U.S. CORPORATE AND OTHER BONDS || U.S. EQUITIES || FOREIGN BONDS || FOREIGN EQUITIES ||
| | | PURCHASES (1) Millions | SALES (2) Millions | PURCHASES (3) Millions | SALES (4) Millions | PURCHASES (5) Millions | SALES (6) Millions | PURCHASES (7) Millions | SALES (8) Millions | PURCHASES (9) Millions | SALES (10) Millions | PURCHASES (11) Millions | SALES (12) Millions |
| **International & Regional Organizations** | | | | | | | | | | | | | |
| International | 7290-7 | | | | | | | | | | | | |
| European | 7390-3 | | | | | | | | | | | | |
| Latin American | 7491-8 | | | | | | | | | | | | |
| Caribbean | 7494-2 | | | | | | | | | | | | |
| Asian | 7590-6 | | | | | | | | | | | | |
| African | 7690-2 | | | | | | | | | | | | |
| Middle Eastern | 7790-9 | | | | | | | | | | | | |
| Total Int'l & Regional Orgs | 7999-5 | | | | | | | | | | | | |
| Grand Total | 9999-6 | | | | | | | | | | | 0 | 596 |
| OF WHICH ITEM: | | | | | | | | | | | | | |
| Asset-Backed Securities | 8999-1 | | | | | | | | | | | | |

KLUGMAN00025937

TIC Form S Page 11 of 1

MEMORANDUM: PURCHASES AND SALES OF LONG-TERM DOMESTIC SECURITIES BY FOREIGN OFFICIAL INSTITUTIONS

| FOREIGN COUNTRIES | CODE | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOV'T CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | |
|---|---|---|---|---|---|---|---|---|---|
| | | PURCHASES (1) Millions | SALES (2) Millions | PURCHASES (3) Millions | SALES (4) Millions | PURCHASES (5) Millions | SALES (6) Millions | PURCHASES (7) Millions | SALES (8) Millions |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Grand Total | 9999-6 | | | | | | | | |

OF WHICH FOI ITEM:

| Asset-Backed Securities | 8999-1 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

KLUGMAN00025938