# Exhibit 80

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00004 | 2698162 | 3/31/2012 | $50,917.05 | - | $50,917.05 | ($50,917.05) | 4/24/2012 | - | |
| | 2699289 | 4/11/2012 | $8,604.70 | $40.15 | $8,644.85 | ($8,644.85) | 5/1/2012 | - | - |
| | 2702757 | 5/14/2012 | $30,571.30 | $2,125.73 | $32,697.03 | ($32,697.03) | 7/17/2012 | - | - |
| **Duet - Ex-Dividend Transaction - Total** | | | **$90,093.05** | **$2,165.88** | **$92,258.93** | **($92,258.93)** | | - | - |
| | | | | | | | | | |
| **GRAND TOTAL** | | | **$90,093.05** | **$2,165.88** | **$92,258.93** | **($92,258.93)** | | **-** | - |

1

6/15/2018 10:57:40 AM

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355207



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     John H. van Merkensteijn                          March 31, 2012
        Argre Management LLC
        40 West 57th Street
        New York, New York 10019

**RE:** Ex-Dividend Transaction                    **Invoice#:** 698162
**Our File Number:** 00647/0004                    **PAGE:**     1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|  |  | **Hours** |
|---|---|---|
| 03/01/2012 | Ben-Jacob, Michael | 1.25 |
|  | Call with Matt re ex-dividend/401(k) questions; call with Ezra accountant re tax filing matters. | |
| 03/01/2012 | Woodard, A.F. | 2.00 |
|  | Office conference M. Ben-Jacob; conference call client, and review of material re proposed investment. | |
| 03/02/2012 | Woodard, A.F. | 2.75 |
|  | Office conference M. Ben-Jacob, conference call client, and review of material re prohibited transactions, indicia of ownership and other issues. | |
| 03/03/2012 | Woodard, A.F. | 2.25 |
|  | Research re indicia of ownership and ESOP loans. | |
| 03/05/2012 | Ben-Jacob, Michael | 2.08 |
|  | Call with Ritch and Adam re potential new ex-dividend transactions; related calls with Chantis; calls with Rebecca re IRS certificates. | |
| 03/05/2012 | Woodard, A.F. | 1.75 |
|  | Research re party-in-interest and ESOPs. | |
| 03/06/2012 | Ben-Jacob, Michael | 1.33 |
|  | Call with John vanMerkensteijn regarding ex-Dividend transactions. Related call with Woody. | |
| 03/06/2012 | Woodard, A.F. | 0.75 |
|  | Research re various issues re proposed investment. | |
| 03/07/2012 | Ben-Jacob, Michael | 0.33 |
|  | Call with John vanMerkensteijn regarding answers to follow up questions related to ex-dividend transactions. | |

**K**AYE SCHOLER LLP

TO:    John H. van Merkensteijn                                March 31, 2012

RE: Ex-Dividend Transaction                                **Invoice#:** 698162
**Our File Number:** 00647/0004                              **PAGE:**    2

===============================================================================

| | | |
|---|---|---|
| 03/07/2012 | Woodard, A.F. | 1.33 |
| | Telephone conference M. Ben-Jacob and review of material re use of trust and other matters. | |
| 03/08/2012 | Woodard, A.F. | 1.17 |
| | Conference call client re various elements of proposed investment and research re same. | |
| 03/09/2012 | Woodard, A.F. | 0.67 |
| | Review of material re various issues. | |
| 03/12/2012 | Ben-Jacob, Michael | 0.33 |
| | Review Duet presentation regarding ex-dividend transactions. | |
| 03/12/2012 | Woodard, A.F. | 0.50 |
| | Telephone conference M. Stein re margin account and other matters. | |
| 03/13/2012 | Ben-Jacob, Michael | 1.92 |
| | Meetings, calls and e-mail re new ex-dividend transaction. | |
| 03/13/2012 | Tuchman, L. | 0.75 |
| | Office conference with M. Ben-Jacob re: additional ex-dividend transactions; review same. | |
| 03/13/2012 | Wells, Peter B | 3.50 |
| | Discuss issues related to transaction. Review diligence file and work on issues related to the same. Draft and revise Resolutions for Ezra. Call with Ezra re the same. | |
| 03/14/2012 | Ben-Jacob, Michael | 1.50 |
| | Call with rich re structuring issues; related follow-up with Woody and attention to related e-mails. | |
| 03/14/2012 | Woodard, A.F. | 2.67 |
| | Office conference Ben-Jacob re proposed investment; conference call M. Ben-Jacob and client; research re various issues. | |
| 03/14/2012 | Wells, Peter B | 3.00 |
| | Review and revise resolutions for Ezra. Work on issue related to diligence. Work on indemnity agreement. Discuss issues re the same with Ezra. | |
| 03/15/2012 | Ben-Jacob, Michael | 2.75 |
| | Calls/e-mails re structuring issues. | |

KAYE SCHOLER LLP

| | |
|---|---|
| TO:    John H. van Merkensteijn | March 31, 2012 |

| | |
|---|---|
| **RE:** Ex-Dividend Transaction | **Invoice#:** 698162 |
| **Our File Number:** 00647/0004 | **PAGE:**   3 |

===============================================================

| | | |
|---|---|---|
| 03/15/2012 | Tuchman, L. | 0.25 |
| | Office conference with M. Ben-Jacob re: Luxco structure. | |
| 03/15/2012 | Woodard, A.F. | 1.33 |
| | Telephone conference M. Ben-Jacob, telephone conferences M. Ben-Jacob and client, review of material. | |
| 03/16/2012 | Ben-Jacob, Michael | 2.50 |
| | Call with Rich and further calls and follow-up with Duet group; related calls with Peter. | |
| 03/16/2012 | Woodard, A.F. | 2.17 |
| | Review of material re various issues. | |
| 03/16/2012 | Wells, Peter B | 4.00 |
| | Work in issues related to IRAs and related matters. Work on issues related to diligence related to transaction. Follow-up on issues related Delaware trusts and trustees. | |
| 03/19/2012 | Ben-Jacob, Michael | 0.42 |
| | Ex-Dividend:  Attention to emails and conference with Louis. | |
| 03/19/2012 | Woodard, A.F. | 2.25 |
| | Telephone conference M. Ben-Jacob and review of material re UBTI and other issues. | |
| 03/19/2012 | Wells, Peter B | 2.00 |
| | Call with Glenmede re Delaware Trust planning. Review and revise Gravenhage Trust. Follow-up on issues re the same. | |
| 03/20/2012 | Ben-Jacob, Michael | 0.25 |
| | Ex-Dividend:  Attention to emails re: structure for transaction. | |
| 03/20/2012 | Woodard, A.F. | 2.67 |
| | Telephone conferences R. Markowitz and review of material re fiduciary status and other matter. | |
| 03/20/2012 | Wells, Peter B | 1.67 |
| | Review due diligence documents. Review correspondence re structures. Discuss the same with Mr. Woodard. | |
| 03/21/2012 | Tuchman, L. | 1.00 |
| | Review documents for ex-dividend transactions. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355210**

**K**AYE SCHOLER LLP

TO:    John H. van Merkensteijn                                                March 31, 2012

    **RE:** Ex-Dividend Transaction                                    **Invoice#:** 698162
    **Our File Number:** 00647/0004                                    **PAGE:**    4

====================================================================

03/21/2012   Woodard, A.F.                                                          2.83
             Review of draft Investment Management and other documents; review of
             fiduciary rules.
03/21/2012   Wells, Peter B                                                         1.50
             Review swap documents.
03/22/2012   Tuchman, L.                                                            0.58
             Review of documents; office conference with M. Ben-Jacob re:
             partnerships and structural issues.
03/22/2012   Woodard, A.F.                                                          2.67
             Telephone conference R. Markowitz, preparation of memo re Duet and
             review of material.
03/23/2012   Ben-Jacob, Michael                                                     1.75
             Ex-Dividend:  Attention to emails, call with Duet.  Call with Richard
             Louis.  Related calls with Woody.
03/23/2012   Tuchman, L.                                                            2.33
             Review Gibraltar LP agreement; telephone conferences and office
             conferences with A.F. Woodard and review his memorandum; review
             swap document; conference call with M. Ben-Jacob and R. Markowitz.
03/23/2012   Woodard, A.F.                                                          1.25
             Office conference L. Tuchman re proposed transaction and review of
             material.
03/26/2012   Ben-Jacob, Michael                                                     1.33
             Ex-Dividend:  Call with Duet group.  Follow up conference with Woody.
03/26/2012   Woodard, A.F.                                                          3.58
             Office conference M. Ben-Jacob, research re Duet issues, and preparation
             of memo re such issues.
03/27/2012   Ben-Jacob, Michael                                                     0.42
             Conference with Woody and email to Rich re: PPM.
03/27/2012   Woodard, A.F.                                                          2.92
             Preparation of memo re Duet's status and review of material re same;
             review of PPM and office conference M. Ben-Jacob re same.
03/28/2012   Ben-Jacob, Michael                                                     0.75
             Ex-Dividend:  Review LP Agreement memo re: IRA.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355211**

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                    March 31, 2012

**RE:** Ex-Dividend Transaction                          **Invoice#:** 698162
**Our File Number:** 00647/0004                            **PAGE:**    5

===============================================================

| | | |
|---|---|---|
| 03/28/2012 | Woodard, A.F. | 2.00 |
| | Revision of memo re Duet's role and telephone conference M. Ben-Jacob re same; review of material re loan from IRA. | |
| 03/29/2012 | Ben-Jacob, Michael | 5.00 |
| | Review/edit LP agreement and PPM, attend call with Duet Group and preliminary call with Rich, meetings with Louis and Woody to discuss related issues. | |
| 03/29/2012 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob re "reasonable compensation" issues and review of material re same. | |

Total Hours................. 85.75

Fees through 03/31/2012....................................    $65,917.05


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 23.91 | $17,454.30 |
| Tuchman, L. | 895.00 | 4.91 | 4,394.45 |
| Woodard, A.F. | 825.00 | 41.26 | 34,039.50 |
| Wells, Peter B | 640.00 | 15.67 | 10,028.80 |
| Fees through 03/31/2012............... | | 85.75 | $65,917.05 |


Fees this Invoice.................................................    $65,917.05
Less Discount of.................................................    (15,000.00)
Adjusted Fees........................................................    $50,917.05
**Total Due this Invoice........................................**    **$50,917.05**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355212**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 698162
Total Amount Due: $50,917.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355213



KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   John H. van Merkensteijn                                    April 11, 2012
      Argre Management LLC
      40 West 57th Street
      New York, New York 10019


**RE:** Ex-Dividend Transaction                          **Invoice#:** 699289
**Our File Number:** 00647/0004                          **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

| | | **Hours** |
|---|---|---|
| 03/02/2012 | Veillette, Rebecca | 3.33 |
| | Administration matters regarding new dividend deal and charities. | |
| 03/05/2012 | Veillette, Rebecca | 2.67 |
| | Administration matters in connection with dividend deal. | |
| 03/06/2012 | Veillette, Rebecca | 2.00 |
| | Administration regarding documentation for charities. | |
| 03/07/2012 | Veillette, Rebecca | 2.25 |
| | Administration matters. | |
| 03/15/2012 | Veillette, Rebecca | 3.08 |
| | Formation of 4 new LLCs, attention to patriot act forms. Conference with Peter Wells. | |
| 03/16/2012 | Veillette, Rebecca | 2.67 |
| | Attention to KYC information for new dividend deal. Prepare table of contents. Conferences with Peter Wells. | |
| 03/22/2012 | Veillette, Rebecca | 1.08 |
| | Attention to new formation of new LLCs. | |
| 03/23/2012 | Veillette, Rebecca | 0.33 |
| | Administration matters. | |
| 03/28/2012 | Veillette, Rebecca | 1.00 |
| | Attention to e-mail correspondence regarding new dividend deal. | |
| 03/30/2012 | Ben-Jacob, Michael | 3.50 |
| | Review/edit LP agreement. Related emails, call with Rich and further revisions. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355214

**K**AYE SCHOLER LLP

TO:    John H. van Merkensteijn                                              April 11, 2012

**RE:** Ex-Dividend Transaction                                    **Invoice#:** 699289
**Our File Number:** 00647/0004                                      **PAGE:**    2

===============================================================================

| 03/30/2012 | Woodard, A.F. | 0.75 |
|---|---|---|

Review of material re fiduciary issues.

Total Hours................ 22.66

Fees through 03/31/2012.................................... $8,604.70


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                       | Rate      | Hours  | Fees        |
|-----------------------|-----------|--------|-------------|
| Ben-Jacob, Michael    | $730.00   | 3.50   | $2,555.00   |
| Woodard, A.F.         | 825.00    | 0.75   | 618.75      |
| Veillette, Rebecca    | 295.00    | 18.41  | 5,430.95    |
| Fees through 03/31/2012............... | | 22.66 | $8,604.70 |


\*----------------------COSTS ADVANCED THROUGH 03/31/2012----------------------\*

| Duplicating | $3.40 |
|---|---|
| Meals | 36.75 |
| Total Costs through 03/31/2012........................ | $40.15 |


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 698162 | 03/31/2012 | $50,917.05 |
| Prior Balance Due............................................................. | | $50,917.05 |


| Fees this Invoice.................................................. | $8,604.70 |
|---|---|
| Costs this Invoice................................................. | $40.15 |
| Total Due this Invoice.......................................... | $8,644.85 |
| Prior Balance Due (from above).............................. | 50,917.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355215**

**K**AYE SCHOLER LLP

TO:    John H. van Merkensteijn                                      April 11, 2012

**RE:** Ex-Dividend Transaction                            **Invoice#:** 699289
**Our File Number:** 00647/0004                              **PAGE:**    3

**TOTAL DUE**................................................................    **$59,561.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355216**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 699289
Total Amount Due: $59,561.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355217



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    John H. van Merkensteijn                                    May 14, 2012
       Argre Management LLC
       40 West 57th Street
       New York, New York  10019

**RE:** Duet - Ex-Dividend Transaction                         **Invoice#:** 702757
**Our File Number:**00647/0004                                      **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2012

|            |                                                                                              | **Hours** |
|------------|----------------------------------------------------------------------------------------------|-----------|
| 03/13/2012 | Woodard, A.F.                                                                                | 2.83 |
|            | Research and review of material re use of IRA, prohibited transaction rules and other issues. | |
| 03/18/2012 | Woodard, A.F.                                                                                | 0.92 |
|            | Review of material re UBTI and other issues.                                                 | |
| 04/01/2012 | Woodard, A.F.                                                                                | 1.42 |
|            | Review of material re IRA investment in another entity.                                      | |
| 04/02/2012 | Ben-Jacob, Michael                                                                           | 3.00 |
|            | Review IMA, related calls and e-mails with Rich and Woody.                                   | |
| 04/02/2012 | Woodard, A.F.                                                                                | 0.83 |
|            | Telephone conferences R. Markowitz and M. Ben-Jacob re use of IRA in proposed transaction.   | |
| 04/02/2012 | Wells, Peter B                                                                               | 0.75 |
|            | Review new operating agreement.                                                              | |
| 04/02/2012 | Veillette, Rebecca                                                                           | 0.50 |
|            | Attention to Otztal LLC documents.                                                           | |
| 04/03/2012 | Ben-Jacob, Michael                                                                           | 2.00 |
|            | Call with Duet Group.  Follow up call with Rich.  Follow up with Woody and Louis on open issues. | |
| 04/03/2012 | Woodard, A.F.                                                                                | 0.67 |
|            | Telephone conference M. Ben-Jacob and e-mails re various issues re the IRA.                  | |
| 04/03/2012 | Wells, Peter B                                                                               | 1.83 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                      **WH_MDL_00355218**

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                                May 14, 2012

RE: Duet - Ex-Dividend Transaction                                    Invoice#: 702757
Our File Number: 00647/0004                                              PAGE:    2

================================================================

|  |  |  |
|---|---|---|
|  | Work on issues related to foreign reporting requirements. |  |
| 04/03/2012 | Veillette, Rebecca | 0.50 |
|  | Follow-up regarding Otztal LLC KYC information. |  |
| 04/04/2012 | Woodard, A.F. | 0.67 |
|  | Review of material re IRA and documents. |  |
| 04/04/2012 | Wells, Peter B | 1.25 |
|  | Work on issues related to diligence. |  |
| 04/04/2012 | Veillette, Rebecca | 1.58 |
|  | Attention to amended operating agreement. |  |
| 04/04/2012 | Veillette, Rebecca | 2.92 |
|  | Attention to Ezra KYC documentation. |  |
| 04/05/2012 | Ben-Jacob, Michael | 2.75 |
|  | Review/analysis of open issues and related e-mail to Rich; prepare Subordinated Note; conferences with Louis; e-mail to Rich regarding call on GP shares; telephone conference with Duet Group. |  |
| 04/05/2012 | Veillette, Rebecca | 0.83 |
|  | Administration/tax matters. |  |
| 04/06/2012 | Wells, Peter B | 1.42 |
|  | Work on issues related to U.S. reporting. |  |
| 04/10/2012 | Ben-Jacob, Michael | 1.25 |
|  | Numerous calls, emails and conferences to address numerous deal issues. Attention to edits to LPA and IMA. |  |
| 04/10/2012 | Woodard, A.F. | 0.42 |
|  | Office conference M. Ben-Jacob and review of material. |  |
| 04/12/2012 | Ben-Jacob, Michael | 6.17 |
|  | Review/edit LPA, IMA and side letter.  Attention to related emails. calls with Rich and Duet.  Follow up call with Matt.  Further edits to documents and related emails. |  |
| 04/12/2012 | Veillette, Rebecca | 2.25 |
|  | Administration matters regarding documentation for dividend deal. |  |
| 04/15/2012 | Ben-Jacob, Michael | 3.50 |
|  | Numerous calls, emails with Rich and Group; review Duet documents, etc. |  |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355219

**KAYE SCHOLER LLP**

TO:   John H. van Merkensteijn                                      May 14, 2012

**RE:** Duet - Ex-Dividend Transaction                             **Invoice#:** 702757
**Our File Number:** 00647/0004                                      **PAGE:**   3

================================================================================

04/16/2012  Ben-Jacob, Michael                                                    2.42
            Call with Duet; numerous calls, emails with Rich and Group; review Duet
            documents, etc.
04/16/2012  Tuchman, L.                                                           1.75
            Review swap, LP agreement and other documents.
04/16/2012  Veillette, Rebecca                                                    1.75
            Administrative matters.
04/19/2012  Wells, Peter B                                                        1.25
            Follow-up on issues related reporting.
                                                                          ----------
                                          Total Hours................    47.43

                     Fees through 04/30/2012...................    $30,571.30


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                      | Rate     | Hours | Fees        |
|----------------------|----------|-------|-------------|
| Ben-Jacob, Michael   | $730.00  | 21.09 | $15,395.70  |
| Tuchman, L.          | 895.00   | 1.75  | 1,566.25    |
| Woodard, A.F.        | 825.00   | 7.76  | 6,402.00    |
| Wells, Peter B       | 640.00   | 6.50  | 4,160.00    |
| Veillette, Rebecca   | 295.00   | 10.33 | 3,047.35    |
| Fees through 04/30/2012 | | 47.43 | $30,571.30 |

*-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------*

| Transportation                    | $111.58   |
|-----------------------------------|-----------|
| Meals                             | 211.94    |
| Messengers/Courier                | 157.21    |
| Filing Fees/Court Fees            | 1,645.00  |
| Total Costs through 04/30/2012... | $2,125.73 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355220**

**K**AYE SCHOLER LLP

TO:  John H. van Merkensteijn                              May 14, 2012

**RE:** Duet - Ex-Dividend Transaction              **Invoice#:** 702757
**Our File Number:** 00647/0004                          **PAGE:**    4

---

Fees this Invoice............................................................................    $30,571.30
Costs this Invoice.........................................................................    $2,125.73
**Total Due this Invoice..............................................................**    **$32,697.03**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355221**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 702757
Total Amount Due: $32,697.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355222