UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-19-25

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

18-md-2865 (LAK)

This paper applies to:        Trial 1 Cases[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

1.      Plaintiff shall respond to defendants' letter dated February 17, 2025 on or
before February 21, 2025.

2.      The Court will conduct a conference concerning the proposed judgments on
February 25, 2025 at 10 a.m.  Counsel should be prepared to discuss, among other things, the
following:

        a.      The availability and amounts of prejudgment interest including the
        date or dates from which any such interest should run.

        b.      Whether any risk of "double recovery" from joint tortfeasors would
        be eliminated by segregating amounts for which any two or more particular
        defendants are jointly and severally liable from other amounts for which either is
        liable individually or liable jointly and severally with another or other joint
        tortfeasors.

        c.      The possible discrepancy between the relief sought by SKAT in the
        joint pretrial order and the total recovery reflected in its proposed judgments. (The
        joint pretrial order seeks approximately $574 million against Messrs. Markowitz and
        van Merkenstein whereas the aggregate sought against them in the two Annex A's

---

[1]      18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01893; 19-cv-01781; 19-cv-01783; 19-cv-
01866; 19-cv-01895; 19-cv-01794; 19-cv-01865; 19-cv-01904; 19-cv-01798; 19-cv-01869;
19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-
01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803;
19-cv-01806; 19-cv-01906; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-
01809; 18-cv-04833; 19-cv-01911; 19-cv-01898; 19-cv-01812; 19-cv-01896; 19-cv-01871;
19-cv-01813; 19-cv-01930; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-
01931; 19-cv-01918; 19-cv-01873; 19-cv-01924; 19-cv-10713.

2

to SKAT's proposed judgments totals  is approximately \$383 million.)

      d.     The appropriate course of action with respect to Gen. Oblig. L. § 15-108.

      e.     Whether any prejudgment interest should be computed from a single reasonable intermediate date, as provided in N.Y. CPLR § 5001(a), and if so what that date should be. The parties are encouraged to agree upon such a date if possible.

      f.     The status of the settlement papers in the Klugman settlement.

The Court understands that defendants have asserted that they are unable to pay amounts in any such range, but that assertion remains untested. In any event, the Court must understand the judgments proposed to be entered.

      SO ORDERED.

Dated:     February 19, 2025

                                   Lewis A. Kaplan
                               United States District Judge